UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -v-

MICHAEL HILD,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SEALED
GOVERNMENT'S FORFEITURE
<u>BILL OF PARTICULARS</u>

19 Cr. 602

Pursuant to *United States v. Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Count One through Five of the Indictment, and as alleged in the Forfeiture Allegation therein, includes the following:

    a. Any and all assets held in account ▇▇▇▇▇▇▇▇ in the name of Michael Hild and Laura Hild, at Wells Fargo Bank (the "Wells Fargo Account" and the assets therein, the "Wells Fargo Assets").

    b. Any and all assets held in account ▇▇▇▇▇▇▇▇ in the name of "Churchill Ventures LLC" at Virginia Credit Union (the "663 Account" and the assets therein, the "663 Account Assets").

    c. All ownership interest in the following entities, which are owned directly or indirectly by Michael Hild or Laura Hild:

        i. Anderson's Neck LLC

        ii. The Butterbean LLC

        iii. Climax Beverage Company

    iv. Dogtown Brewing LLC

    v. Gardenia LLC

    vi. Hot Diggity Donuts LLC

    vii. Urban Bleat Cheese Company, and

    viii. Church Hill Ventures LLC

d. All right, title, and interest in 7 East 19th Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

e. All right, title, and interest in 12 West 10th Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

f. All right, title, and interest in 1920 Bainbridge Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

g. All right, title, and interest in 1922 Bainbridge Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

h. All right, title, and interest in 2000 Bainbridge Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

i. All right, title, and interest in 1704 Boston Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

j. All right, title, and interest in 1803 Boston Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

k. All right, title, and interest in 1903 Boston Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

l. All right, title, and interest in 2100 Chicago Avenue, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

m. All right, title, and interest in 1201 Decatur Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

n. All right, title, and interest in 1214 Decatur Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

o. All right, title, and interest in 1219 Decatur Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

p. All right, title, and interest in 2100 Edwards Avenue, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

q. All right, title, and interest in 2106 Edwards Avenue, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

r. All right, title, and interest in 1806 Everett Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

s. All right, title, and interest in 1001 Hull Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

t. All right, title, and interest in 1009 Hull Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

u. All right, title, and interest in 1228 Hull Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

v. All right, title, and interest in 1427 Hull Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

w. All right, title, and interest in 1518 Hull Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

x. All right, title, and interest in 1603 Hull Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

y. All right, title, and interest in 1812 Hull Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

z. All right, title, and interest in 1814 Hull Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

aa. All right, title, and interest in 1901 Hull Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

bb. All right, title, and interest in 1910 Hull Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

cc. All right, title, and interest in 2005 Hull Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

dd. All right, title, and interest in 1703 Maury Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon;

ee. All right, title, and interest in 1804 Stockton Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon; and

      ff.  All right, title, and interest in 1806 Stockton Street, Richmond, VA, with all improvements, appurtenances, and attachments thereon.

((a) through (ff) the "Specific Property")

Dated:    New York, New York
            August 28, 2019

                              Respectfully Submitted,
                              GEOFFREY S. BERMAN
                              United States Attorney

                     By: /s/
                              Scott Hartman/Jordan Estes
                              Assistant United States Attorneys
                              Tel: (212) 637-2387/2543