

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 11, 2019

**By ECF and Email**

The Honorable Ronnie Abrams
United States District Judge
40 Foley Square
Southern District of New York
New York, New York 10007

      Re:    **United States v. Michael Hild,**
              **19 Cr. 602 (RA)**

Dear Judge Abrams:

      On August 28, 2019, prior to this case being assigned to Your Honor, the Honorable Gregory H. Woods, United States District Judge, sitting in Part I, issued a post-indictment restraining order prohibiting the Defendant or his wife, Laura Hild, from selling or otherwise encumbering over two dozen real properties in Richmond, Virginia owned directly or indirectly by Laura Hild.  The restraining order was issued after Judge Woods found probable cause to believe that those properties were purchased with proceeds of the fraudulent schemes alleged in the Indictment.  The parties and counsel for Ms. Hild have now reached agreement regarding an interlocutory sale of certain of those properties, with the net proceeds of the sale to be placed in escrow pending the resolution of this case.

      In order to effectuate the sale, we request that the Court entered the enclosed order. Subject to the Court's authorization, the parties expect that the anticipated auction of the properties will take place on December 17, 2019.

                        Respectfully submitted,

                        GEOFFREY S. BERMAN
                        United States Attorney

              by:      /s/
                        Jordan Estes
                        Scott Hartman
                        Assistant United States Attorneys
                        (212) 637-2543/2357

cc:      Counsel for Michael Hild (by ECF)