

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2020

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 15, 2020

Re:   **United States v. Michael Hild**,
      19 Cr. 602 (RA)

Dear Judge Abrams:

On July 6, 2020, Your Honor adjourned the trial in the above-captioned matter from October 13, 2020 to April 12, 2021. In light of the new trial date, the Government requests that time under the Speedy Trial Act be excluded from October 13, 2020 to April 12, 2021. Defense counsel consents to this request. The time is needed by both parties to continue to discuss a possible resolution of this case, to prepare pre-trial motions, and to prepare for the trial itself.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by:   /s
      Jordan Estes/Scott Hartman
      Assistant United States Attorneys
      (212) 637-2543/2357

cc: Counsel of Record (by ECF)