UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : 19 Cr. 602 (RA) |
| | : |
| MICHAEL HILD, | : |
| | : |
| Defendant. | : |
| | : |

**DEFENSE'S REQUEST TO CHARGE**

The defense has reviewed the jury instructions proposed by the government (in its Government's Request to Charge, recently filed of record). Preliminarily, the defense has no material objections to the jury instructions proposed by the government. The defense respectfully reserves the right to propose other modifications, additions, or deletions to the proposed jury instructions at the conclusion of the proof at trial, as warranted by the proof.

Respectfully submitted,

s/ Benjamin. G Dusing
Benjamin G. Dusing
Law Offices of Benjamin Dusing, PLLC
809 Wright's Summit Pkwy Ste 120
Fort Wright, KY 41011
Telephone: 859-635-5000
bdusing@bgdlaw.com

*Counsel for Michael Hild*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 15th day of March, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a notice of electronic filing on the following:

Jordan Estes
*Assistant United States Attorney*

Scott Hartman
*Assistant United States Attorney*

                                                */s/ Benjamin G. Dusing*
                                                Benjamin G. Dusing