

Respond to Fort Wright Office:
809 Wright's Summit Parkway
Suite 120
Fort Wright, Kentucky 41011

**Benjamin G. Dusing**
(859) 635-5000
bdusing@bgdlaw.com

March 18, 2021

**VIA CM-ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Re:*   United States v. Michael Hild, et al., *No. 19-cr-602 (RA) – Request for Final Pretrial Conference be a Videoconference*

Dear Judge Abrams:

I am counsel for defendant Michael Hild in this matter. I write for the purpose of requesting that our final pretrial conference, scheduled for April 8, 2021 at 3 p.m., be a videoconference. Defense counsel has his office in Kentucky, and will be traveling to your jurisdiction for the trial of this matter. Conducting the pretrial conference via videoconference would allow the defense team proper time to comply with the Court's Memorandum, dated March 9, 2021, regarding entry into the courthouse under current COVID guidelines without causing undue hardship in terms of its travel schedule. I have consulted with the attorneys for the government, who agree this request is reasonable under the circumstances.

Sincerely,

Benjamin G. Dusing

cc:   All Counsel of Record

Honorable Ronnie Abrams
March 18, 2021
Page 2


SO ORDERED:

Dated:     New York, New York
           March 19, 2021

_____
RONNIE ABRAMS, U.S.D.J.