

Respond to Fort Wright Office:
809 Wright's Summit Parkway
Suite 120
Fort Wright, Kentucky 41011

**Benjamin G. Dusing**
(859) 635-5000
bdusing@bgdlaw.com

March 30, 2021

**VIA CM-ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Re:*   United States v. Michael Hild, et al., *No. 19-cr-602 (RA)*

Dear Judge Abrams:

      We are counsel to defendant Michael Hild and submit this request for leave of the Court that attorneys Benjamin Dusing and Brandy Lawrence, paralegals Jennifer Morrow and Adam Basinger, and defendant Michael Hild be excused from Local Civil Rule 1.8, such that each may bring one laptop and one iPad into the courthouse at the trial of this case, beginning April 12, 2021.

      Local Civil Rule 1.8, incorporated by Local Criminal Rule 1.1, authorizes the use and possession of a computer and other electronic device by administrative order.  Accordingly, we respectfully request entry of such an order. We understand that any devices authorized pursuant to this request will be subject to examination for security purposes as are all other materials brought into the courthouse.  Further, we have read and understand the 2016 Committee Note to Rule 1.8 regarding the continued prohibition on making any audio or video recording of any proceeding or communication with the Court.

Honorable Ronnie Abrams
March 30, 2021
Page 2

Sincerely,


s/ Benjamin. G Dusing
Benjamin G. Dusing
Law Offices of Benjamin Dusing, PLLC
809 Wright's Summit Pkwy, Ste 120
Fort Wright, KY 41011
Telephone: 859-635-5000
bdusing@bgdlaw.com

*Counsel for Michael Hild*

cc:	All Counsel of Record

Attachment (proposed order)