```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                        19-CR-602 (RA)

MICHAEL HILD,                                             ORDER

                Defendant.

RONNIE ABRAMS, United States District Judge:

        The final pre-trial conference, currently scheduled for April 8, 2021, is hereby adjourned until April 9, 2021 at 2:00 pm. The conference will be held in Courtroom 110 at 40 Foley Square. The public may access this hearing by calling (888) 363-4749 and entering the access code 1015508#.

SO ORDERED.

Dated:    April 7, 2021
             New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge