DATE:            March 30, 2017

TIME:            4:09 PM

SESSION:         20170330 160951

PARTICIPANTS:    Eric Rohr
                 Dan Foster
                 Darren Stumberger
                 Michael Hild

ABBREVIATIONS:   (UI) = Unintelligible
                 ***** = portion of recording redacted

---

DARREN:     I mean, there's two things we need to dissect here. One, what have rates done this month, and I think, Dan, you're getting close to having that finalized. What have rates done against the portfolio and the magnitude of all the variables? That's one. Number two, all of the moves in marks and all of the gymnastics, what has that caused? You know, what effect has that caused? Leading up to this month was around (U/I) basis points around there, 82, so that's the drop in the basis that we've seen. (U/I) so I just need to see

| | |
|---|---|
| 30 | all these different variables weighted |
| 31 | against each other. |
| 32 | |
| 33 | **MICHAEL:** So I suspect that what you guys are gonna |
| 34 | find once you've dissected this is that two |
| 35 | massive negative things happened. The |
| 36 | basis changed like you just described |
| 37 | which, call it 20 million plus by itself in |
| 38 | isolation, and then I guess number two is |
| 39 | the updated static rates which are now 25 |
| 40 | basis points higher, right? |
| 41 | |
| 42 | **DARREN:** Yeah, I mean, that -- those would both be |
| 43 | negatives to the portfolio. But Dan, I |
| 44 | mean, do you want to get into, you know, |
| 45 | what we did to IDC marks, the MACRs |
| 46 | and all of that? Does any of that play into |
| 47 | this or no. |
| 48 | |
| 49 | **DAN:** It's a seemingly simple question that -- it |
| 50 | does play into this. For instance, the -- |
| 51 | I'm pulling it back up now. That's, for |
| 52 | instance, in number -- in Scenario 1, |
| 53 | that's -- the MACR is why you see a |
| 54 | positive 20 million mark-to-market gain, |
| 55 | so it does play into that. It's a simple |
| 56 | question, but it's not really a simple |
| 57 | answer. Scenario 1 is supposed to be just |

| 58 | | getting back to whatever was in IDC at |
| 59 | | February month end, but because of the |
| 60 | | MACR situation, it led to the $20 million |
| 61 | | gain. |
| 62 | | |
| 63 | MICHAEL: | Okay, so meaning the MACR situation |
| 64 | | meaning how we had to move things off |
| 65 | | of Wedbush and into different locations at |
| 66 | | higher haircuts and the like, so the $11 |
| 67 | | million impact that's being shown here is |
| 68 | | already accounting for something that |
| 69 | | we've -- we already knew about and |
| 70 | | already did or is this something new that's |
| 71 | | on top of what we understood to be the |
| 72 | | case before? |
| 73 | | |
| 74 | ERIC: | I think, so when we -- you know, we just |
| 75 | | ended up, keeping our February marks in |
| 76 | | total flat to January, like just recorded no |
| 77 | | mark-to-market gains in February. I think, |
| 78 | | Dan, correct me if I'm wrong, is |
| 79 | | underneath I said, hey look, when we go |
| 80 | | to sell that big MACR in March, it could |
| 81 | | look like it's being sold at a huge loss, so |
| 82 | | mark it down effectively and then remark |
| 83 | | the things to offset it. |
| 84 | | |
| 85 | DAN: | Exactly. |

| | | |
|---|---|---|
| 86 | | |
| 87 | ERIC: | So we have no realized gain or losses |
| 88 | | when we sell it because otherwise it's |
| 89 | | gonna look really weird, like you had it |
| 90 | | marked here at the end of February – |
| 91 | | |
| 92 | DAN: | Yeah. |
| 93 | | |
| 94 | ERIC: | -- and then you sold it at like $12 million |
| 95 | | loss effectively, even though -- but then |
| 96 | | the IO that got separated had a huge gain, |
| 97 | | so you didn't correct for down the line; |
| 98 | | you just remarked the MACR back up in |
| 99 | | essence and reversed that. Is that correct? |
| 100 | | |
| 101 | DAN: | Yeah, yeah. So said a little bit differently |
| 102 | | is if we didn't do anything, just |
| 103 | | conceptually it would be a $19 million |
| 104 | | loss on the MACR, but you get a $19 |
| 105 | | million gain on the underlying IO. |
| 106 | | |
| 107 | ERIC: | Right. |
| 108 | | |
| 109 | DAN: | Okay, that's great. But we didn't want to |
| 110 | | take that loss on the -- when we sold it to |
| 111 | | Nomura, so we just marked down the |
| 112 | | MACR, marked up the rest of the |
| 113 | | position, but now when we sold the |

| | | |
|---|---|---|
| 114 | | MACR, there's no mark-to-market, but |
| 115 | | we're still taking back the IO and then |
| 116 | | marking it up to 19 million because we |
| 117 | | already own that bond, so it doesn't offset |
| 118 | | anymore. |
| 119 | | |
| 120 | ERIC: | Right. Understood. |
| 121 | | |
| 122 | DAN: | Yeah. |
| 123 | | |
| 124 | [OVERLAY] | |
| 125 | | |
| 126 | ERIC: | A simple question. |
| 127 | | |
| 128 | DAN: | Yeah. |
| 129 | | |
| 130 | ERIC: | Kind of a nuanced answer. |
| 131 | | |
| 132 | DAN: | Yeah, and you were asking about the 11 |
| 133 | | million down in liquidity. It's -- I -- some |
| 134 | | of the answer -- this is what I was looking |
| 135 | | on before we hopped on the call. Some of |
| 136 | | the answer is we -- the mark-to-market |
| 137 | | right now, we borrowed some -- what I |
| 138 | | think the answer is, we borrowed some |
| 139 | | using the updated IDC prices I believe, |
| 140 | | and -- |
| 141 | | |

142   ERIC:              Yes. That's exactly what happened.

143

144   DAN:               Yeah, and if we mark everything back
145                      down, then it's --

146

147   ERIC:              You've got to give back that money.

148

149   DAN:               Yeah.

150

151   ERIC:              Yep.

152

153   DAN:               That's what I think the answer is. I'm not
154                      saying we want to do this or should do
155                      this. One scenario I didn't quite have time
156                      to prepare is we could look at it -- we
157                      could do this another way where we
158                      reverse -- we could do it, I don't want to
159                      say smarter because smarter's not the
160                      right word, but write down certain bonds
161                      that wouldn't have liquidity impact to
162                      offset that positive 20 million and not
163                      have a liquidity impact such as Nomura.

164

165   ERIC:              More sophisticated, refined, is what I
166                      think you're –

167

168   DAN:               Yeah.

169

| | | |
|---|---|---|
| 170 | MICHAEL: | So is the 77.2 number, what's magical |
| 171 | | about that number? Is that, you know -- |
| 172 | | it's basically you're just saying you |
| 173 | | solved for what the prepay needed to be to |
| 174 | | get back to that February number? |
| 175 | | |
| 176 | DAN: | That's correct. Yes. |
| 177 | | |
| 178 | MICHAEL: | Okay, I see. |
| 179 | | |
| 180 | DAN: | Oh, you know what? That's – I think I |
| 181 | | know why it's lower than we expected. |
| 182 | | It's because we -- in order to write down |
| 183 | | the MACRs, I had to write up the other |
| 184 | | bonds, so it's not an apples-to-apples |
| 185 | | comparison. When it says February month |
| 186 | | end, it's not to the same prices as when |
| 187 | | we ran it to February month end at the |
| 188 | | end of February. |
| 189 | | |
| 190 | ERIC: | I'm not sure I follow, Dan, completely but |
| 191 | | I think I understand a little bit. |
| 192 | | |
| 193 | DAN: | Yes. So the last time that we ran the 92 |
| 194 | | percent is when we didn't touch any of |
| 195 | | the MACR pricing, nothing with that, so |
| 196 | | the prices -- forget the MACRs for a |
| 197 | | second. For all the non-MACRs, the |

198 things had a price, and we ran it, and it
199 came out to 92 percent. Now we redid
200 February month end, the difference being
201 we raised prices 20 -- yeah, we raised the
202 non-MACR prices 20 million to offset the
203 loss of the MACR, so all else being equal,
204 you're running higher prices for the other
205 bonds, and then on top of that, you have
206 the 20 plus million issue from basis
207 contracting, so it's -- that's what the
208 difference is.

209

210 ERIC:        Okay, I didn't follow all that. We may
211          need to lay that out.

212

213 DAN:        Yeah, it's not trivial, but I'm happy to
214          take a stab at writing it down or sending it
215          in an email, but I think that's what the
216          explanation is. It's not -- said a little bit
217          differently, you're not only running it
218          slower because of the contraction in basis.
219          You're also running it slower compared to
220          when we ran it on the 92 percent because
221          the prices are now higher for those bonds
222          because we changed them to offset the
223          MACR being sold to Nomura, so I think
224          it's a combination of two of those things.

225

| | |
|---|---|
| ERIC: | I mean, part of this, you know, we need to make a decision, and I'm just being ultra candid here, is we certainly can't mark up the portfolio anymore. Well, not we can't. We should try to avoid it if we can right now just because it's just getting farther and farther away from reality, I guess, or the center of the universe. |

[BACKGROUND NOISE]

| | |
|---|---|
| MICHAEL: | So did -- so am I correct in making a statement that part of what's impacting Scenario 1 and scenario 2 is the change in static rates that occurred this month? |
| DAN: | That's certainly material change. |
| MICHAEL: | Can you identify the amount of materiality that that was? |
| DAN: | Yes, I actually have that. One second. So as of 3/22, it was -- just the basis was 27 million. |
| MICHAEL: | Well, if you – |

[OVERLAY]

| | |
|---|---|
| 254 DAN: | I don't want to overcomplicate it, but just |
| 255 | to be clear, it was 27 million |
| 256 | undiscounted, but that was just basis. |
| 257 | Rates, I don't think, have been favorable, |
| 258 | overall. |
| 259 | |
| 260 DARREN: | Well no, I mean, like I'm saying is you |
| 261 | had this quarter point raise so that -- with |
| 262 | rates being 25 basis points higher, that by |
| 263 | itself -- you know, in the static scenario, |
| 264 | obviously it causes faster buyouts when |
| 265 | you go up 25 basis points in rates. |
| 266 | |
| 267 DAN: | Yeah, I mean, that's certainly a piece of |
| 268 | it, too. |
| 269 | |
| 270 DARREN: | You would just have to run the portfolio |
| 271 | current, one month, one year, and then |
| 272 | subtract 25 basis points and run it to see |
| 273 | what the (U/I) in the market value is to |
| 274 | get the magnitude. That's what the |
| 275 | question is. |
| 276 | |
| 277 MICHAEL: | Well, whatever it is, I know the Fed rate |
| 278 | is just like 25 (U/I). I don't know what the |
| 279 | actual static rate was. I mean, was it |
| 280 | exactly 25 BPS or was it something, you |
| 281 | know, closer to – |

282

283  DARREN:         I'll take a look. I've got that somewhere,
284                  too.

285

286  DAN:            So in the month of March, March 1st you
287                  started at -- well, when did you run month
288                  end for February?

289

290  DAN:            Yes. That's what I'm trying to pull up
291                  now.

292

293  DARREN:         I've got the 20th where monthly was at
294                  the –

295

296  DAN:            Yeah, 77, 78, that year, annual was at
297                  1.73. That basis was .96.

298

299  DAN:            So February 20th (U/I) the LIBOR was
300                  77. Today it's 98, so basically 20 basis
301                  points.

302

303  MICHAEL:        I guess we're-- I'm curious what the
304                  impact is –

305

306  [BACKGROUND NOISE]

307

308  DAN:            I can run that.

309

310
311
312
313
314
315
316
317
318
319
320
321
322
323
324
325

DARREN:        What I would do, Dan, is to see the relative effect, you want to keep the basis constant and just let's figure out what the effect of the 20 basis point move by itself is on the portfolio, and then it would be nice to see, okay, then you control for basis, so you know, the question would be what is a 20 basis point, you know, effect on the portfolio, question one. Question two, what is a, what did I say it was, we're saying it's 82, 96 -- what is a 16 basis point, basis contraction effect on the portfolio? I think that's the root of what we're trying to figure out. So it's do 20 and then 16?

326
327
328
329
330
331
332
333

MICHAEL:       To be clear, whatever it was, right? So you've got the raw data in terms of what the basis contraction was and what the actual change in static rates were for both one-month LIBORs and annual. We own both. So whatever it is, let's get the raw numbers and solve for it.

334
335

DARREN:        Okay.

336
337

MICHAEL:       I think what Darren's saying is 20 basis points is, you know, is in loose terms is

338 what he's saying is approximately what it
339 was, but let's look to see exactly what it
340 was for each of those two and calculate
341 what the exact change in rates was in
342 isolation and see what the impact of that
343 is, and then whatever the basis contraction
344 change was, you know, run that in
345 isolation so we can (U/I) that part –

346

347 DARREN:    What the rate effect was, what the basis
348 effect was. I can help you after this call,
349 Dan.

350

351 DAN:    Okay. Then maybe it's for after this call,
352 but how should we price it because
353 scenario 1, you saw your given price.
354 Should it be like scenario 3? Because like
355 in scenario 1 and 2, you're given a price,
356 so I need to know how we want to price
357 it.

358

359 [OVERLAY]

360

361 MICHAEL:         Pick a scenario.

362

363 DAN:    Okay, and just keep -- okay, yeah, that's
364 what I was thinking.

| | |
|---|---|
| DARREN: | I mean, let's look at the relative move in market value with a starting set of prices. |
| DAN: | Use Scenario 3. |
| DARREN: | Yeah, understood. And I'll do it since previous month end, I would think, or when I ran last liquidity. Which one do you want to use? |
| ERIC: | Well, I think for your gap numbers, you run it against, you know, obviously where the marks currently are, right, and then for liquidity you run it against the last liquidity. |
| DARREN: | Well, the last liquidity was a couple of days ago which is kind of a base question. |
| ERIC: | Which liquidity did you run? I mean, you and I already had this exchange. Did you ask Annie -- the one we showed Michael, basically – |
| DARREN: | Yeah. That was 3/21. |
| ERIC: | Yeah, so there's been no other liquidity since that one. |
| DARREN: | Okay. |

| | |
|---|---|
| MICHAEL: | I mean, my concern, you know, just stating it out loud is that, you know, we took hedges off because they're not producing any benefits. It's just downsizing it seems like, and with that having been said, you know, the four grade curve already reflects two -- you know, it's already predicting that the fed's gonna raise rates, right, throughout the year, so there's nothing we can put on in the form of a hedge to protect against that, and like you know, I mean, it's stating the obvious, my concern is if we're saying, hey, look, every 25 basis point shift there's like a $40 million hit to the portfolio or, you know, some massive number, you can only lower prepays but so far.  Your debt, right, you're out of ammunition, and so if we're saying those two more rate increases, were they to occur this year as planned, were to happen, then you know, we've got a massive issue on our hands because if it's -- it's one thing if it's the basis that's causing this degradation. It's another thing if it's the rate. If it's the rate that's causing it, then you know, that's a real |

|     |     |
|-----|-----|
| 421 | problem, right, because, I mean, to stretch |
| 422 | a point to make a point, you can only go |
| 423 | from prepays from 57.2 to 0, right? You |
| 424 | can't go negative, so I mean you can only |
| 425 | go but so far. |
| 426 | |
| 427 | DARREN: It's going to be predominantly in the |
| 428 | basis, without a doubt. This was a |
| 429 | massive, massive movement of the basis |
| 430 | that happened really quickly. |
| 431 | |
| 432 | MICHAEL: Again, driven by the Fed rate increase, |
| 433 | right, because, you know, the Fed has |
| 434 | basically said yeah, we're gonna jack up |
| 435 | rates, damn the data, so now's the one |
| 436 | year and the one month spread contracted |
| 437 | considerably because longer term rates |
| 438 | are not moving up at the pace that short |
| 439 | term rates moved up, and so the |
| 440 | discrepancies between one month and one |
| 441 | year, so that the gap between those two |
| 442 | contracted massively because the fed's |
| 443 | artificially raising short term rates higher |
| 444 | than what they should otherwise be. Do I |
| 445 | have that right or is it something else – |
| 446 | |
| 447 | DARREN: These are all considered like -- most are |
| 448 | short term rates, even if it's 136 one year. |

| | |
|---|---|
| 449 | They tend to move lockstep, and there's |
| 450 | weeks at a time where they, you know, I |
| 451 | could pull the charts. They move -- unless |
| 452 | there's some kind of financial crisis, they |
| 453 | move lockstep. However, when there's |
| 454 | Fed meetings and a lot of that, it takes -- it |
| 455 | could take up to a couple weeks to |
| 456 | completely normalize so you've had one |
| 457 | month that's shot up. One year really |
| 458 | hasn't budged. Now, the expectation is |
| 459 | one year is gonna to kind of catch up over |
| 460 | the next period of time, but, again – |
| 461 | |
| 462 | DAN:        Or it's not because I'm right and Janet's |
| 463 |             smoking dope. |
| 464 | |
| 465 | DARREN:     Yeah, I mean, the basis has gone one way |
| 466 |             since we've started here, and it was wider, |
| 467 |             and this is like the first time it's kind of |
| 468 |             coming off of those highs. |
| 469 | |
| 470 | MICHAEL:    Yeah, I understand what you're saying, |
| 471 |             but I mean, I think there's some element |
| 472 |             of, you know, the forward curve won't |
| 473 |             cooperate with what Janet's trying, you |
| 474 |             know. She's got her agenda to raise short |
| 475 |             term rates, but the rest of the curve isn't |
| 476 |             moving at the same pace because people |

477  don't believe, you know, inflation and
478  GDP growth and long-term growth is, you
479  know, keeping up with the pace at which
480  she's forcing rates to be raised in the short
481  term. So even if it's the difference
482  between one month and one year, I mean,
483  I think there's some legitimacy to that
484  argument even though it's on the short
485  end of the curve, but I understand what
486  you're saying. Still, one year short term
487  rate, but unfortunately for us, you know,
488  an inverted yield curve will probably still
489  create this problem even in that gap
490  between one month and one year were it
491  to ensue because it's not just, you know,
492  5, 7, 10, 30 year money that's going to
493  drop like a stone. It sounds like there's
494  gonna be, you know, there's gonna be a
495  contraction between one month and one
496  year, so hold onto your, you know, hold
497  onto your seat. I don't know. I mean,
498  Darren, maybe you feel differently. You
499  feel like the one-year curve's -- one-year
500  rate is -- this is gonna normalize in a
501  couple weeks' time?

502

503  DARREN:          Yeah, I -- unless there's kind of these
504                           shocks (U/I) shock to the system, I

505  wouldn't expect, you know, the basis to
506  continue to contract. I would expect it to
507  catch its breath and normalize. That's my
508  expectation. I mean, I'll look more into it.

509

510  MICHAEL:        Yeah.

511

512  DARREN:         I mean, everything is quiet as it can be in
513  kind of the leading signals. Obviously, the
514  curve has flattened and that's a refreshing
515  predictor. I get it, but you have, like all
516  the other things, like the spreads between
517  three month LIBOR treasuries, the spread
518  between three month LIBOR funds, OIS,
519  all of that is sitting at like -- if you look at
520  the fix is at 12. Everything is sitting at
521  ultra, ultra-complacency levels as if
522  there's nothing expected at all to happen
523  bad. It's just what the numbers are
524  showing. I think the backend is gonna
525  stay pegged until DC can figure out what
526  the hell they're going to do, what they can
527  pass, so I think the back end is still saying
528  okay, prove to me there's growth. Prove
529  to me there's inflation. I'm not gonna
530  break through G60 until that's proven.
531  What are -- what is Congress gonna pass?
532  Until that happens, we're not budging

| | |
|---|---|
| 533 | through G60. We're gonna stay in this |
| 534 | range between 230 and 260. On the front |
| 535 | end, obviously you have the Fed |
| 536 | pressures, so you have all the |
| 537 | knucklehead Fed governors come -- see, |
| 538 | what's happening here is the Fed |
| 539 | governors are coming out intra meeting |
| 540 | and saying they're gonna hike 2, 3, 4 |
| 541 | times, and what happens is, in anticipation |
| 542 | of Janet, and people thought that she |
| 543 | would kind of continue that spiel, she |
| 544 | came out dovish and that was the big |
| 545 | retracement. So I don't know what game |
| 546 | they're playing, but now it's a trend. The |
| 547 | Fed governors are coming out every day |
| 548 | and saying they need to go higher -- you |
| 549 | know, 2, 3, 4 times this year, definite, has |
| 550 | to be, and then by the time -- so then the |
| 551 | market's gonna price in the Fed move and |
| 552 | I guess June is the next one, and then |
| 553 | she's gonna come out and be dovish |
| 554 | again. So it's like -- it's a lot of games |
| 555 | being played. |
| 556 | |
| 557 | DAN:         She's been kind of dovish after she's |
| 558 | raised the rates again despite the – |
| 559 | |
| 560 | DARREN:     Yes, yes. Yeah. |

561

562  DAN:            -- and we get screwed.

563

564  DARREN:         Right, so the market's gonna be selling
565                  off, selling off, selling off into the
566                  meeting, and then she's gonna come out
567                  dovish, and then you're gonna rally back.
568                  I mean, that's been the trend now. It's like
569                  her minions are doing the dirty work by
570                  causing rates to go up.

571

572  MICHAEL:        Yeah. So I guess what -- the nature of my
573                  question, again, is trying to disentangle
574                  static change -- the change in static rates,
575                  call it 20 BPS, whatever it is, what the
576                  impact of that was as compared to the
577                  contraction of a basis or a scenario that's
578                  already shown here. Nothing else
579                  changes, so you know, use, I don't know,
580                  pick scenario 3, as an example, right?
581                  We're saying there's a $43 million, $44
582                  million impact to liquidity, $23 million
583                  impact to marks, mark-to-market, tell me
584                  how much of that was related to basis
585                  contraction versus a rise in static rates.

586

587  DARREN:         Yep.

588

| | |
|---|---|
| 589<br>590<br>591<br>592<br>593<br>594<br>595<br>596<br>597<br>598<br>599 | **MICHAEL:**   I mean, Eric, tell me if you disagree, but that's what I'm trying to get a sense for, is just not changing anything else and using one of these scenarios here that are on the page to be able to tease that out, and I'm gonna hope that it's, I'm gonna hope that it's more basis than it is static rate increases. If it's static rate increases, there's absolutely not a damn thing that we can do. |
| 600<br>601<br>602<br>603 | **ERIC:**   Yeah, I agree with the approach to tease that out and the importance of teasing that out. |
| 604<br>605<br>606<br>607<br>608<br>609<br>610<br>611<br>612<br>613<br>614 | **MICHAEL:**   I mean, the only other thing that you're left to assume is that, you know, in your forecast is that -- what do we assume, like this basis in our forecast, do we take the current basis as it stands and then project that going forward into the future? So in other words, if it contracts by 20 BPS, let's just use that as an example, do we then assume that that 20 BPS contraction is going to continue into perpetuity? |
| 615<br>616 | **DARREN:**   Well, we assume, you know, if you take -- you're writing a portfolio at a snapshot, so |

617  it would assume that the basis doesn't
618  move from here.

619

620  MICHAEL:        Ah.

621

622  DARREN:        It doesn't normalize. It doesn't get any
623  better. It doesn't get any worse.

624

625  MICHAEL:        Got it, because it's taking the whole
626  concept of whatever the forward curve is
627  out of the mix and simply saying static is
628  this, the rates are this, assume they're
629  gonna stay this into perpetuity, so both
630  basis -- both the absolute level of rates as
631  well as the basis are going to continue in
632  both scenarios 1 and 2, you know, for as
633  long as the eye can see –

634

635  DARREN:        Yes.

636

637  MICHAEL:        -- and then it's simply the prepay that's
638  being adjusted.

639

640  DARREN:        Yep. Correct.

641

642  MICHAEL:        Ah. I understand. So it sounds to me like
643  the only thing that or the only items that
644  are really out there that are on the table,

645 and I'm not saying any of them are used,
646 but just saying the only things that are
647 really on the table for consideration are
648 what do you assume for prepays, what do
649 you assume going forward for the basis
650 spread between one month and one year,
651 and what do you assume for the purposes
652 of rates? Is it static or is it something
653 that's changing over time? I mean, those
654 are really the only bullets left in the
655 holster, I guess, as it pertains to
656 assumptions.

657

658 DARREN:        Yeah, that sounds right. Yeah.

659

660 MICHAEL:       Yeah. So of the lot, you know, I'm just
661 talking off the top of my head, of the three
662 that were just described, the one that,
663 well, I don't like, you know, monkeying
664 with any of these, but you know, the one
665 that, to me, if Darren's right, the one that
666 seems the most defensible and/or
667 reasonable, I don't know what the right
668 word is, maybe reasonable is the right
669 word, I wouldn't even use the word
670 defensible. I guess you'd just say
671 reasonable, the one that's the most
672 reasonable to make some form of an

673  adjustment to would be to -- would be that
674  spread to say, look, we're not going to
675  assume that this moment in time of this
676  contraction that just occurred is going to
677  continue for the next, you know, 11, 12
678  plus years. You know, we're going to
679  assume something different so that it
680  normalizes, but I don't know, just talking
681  off the top of my head, but the other two,
682  you know, I would say -- I can't sit here
683  with a straight face and say given what
684  Janet Yellen's doing that I would expect
685  that short term interest rates are going to
686  go down, and I'm having trouble with the
687  argument that prepay fees are going to
688  slow given all the craziness going on in
689  the refi world which I guess I understand
690  to be what's the cause of prepay fees
691  coming in higher than what we want. I
692  don't know. I haven't seen the analysis on
693  that, if it's really disentangled exactly
694  what's causing the rise in prepay fees that
695  we're observing--whether it's that or
696  whether it's these artificial pull buyouts,
697  optional pull buyouts like we did with
698  EverBank that are causing it, that others
699  are doing, or whether it's something else,
700  but nonetheless, I guess just hanging my

hat on the HECM-to-HECM rebuy activity and assuming that that's the predominant cause, you know, I will tell you while I'm working on it, man, it's slow to try and get NRMLA and the broker dealer community to act in order to stop the nationwide securities of the world from just continuing to do what they're doing. I mean, I'm still hopeful, but is that gonna happen, you know, next month? No. Is it gonna happen this year? Maybe. You know, is there a possibility that nothing happens, and we can't reign these guys in because we can't force all the broker dealers to honor NRMLAs rules? I think there's a chance. All it takes is one to provide liquidity to these guys, and they're gonna continue, you know, continue violating the rule because that's kind of how they've built their business. So, I don't know. I'm just talking out loud. There's nothing really to say there. I'm just making an observation, so -- Eric, do you have anything you want to add?

ERIC:           No. Can we drop rates to negative?

| | |
|---|---|
| 728 MICHAEL: | You mean like everywhere else in the |
| 729 | world except for here? |
| 730 | |
| 731 ERIC: | Yeah. All right. |
| 732 | |
| 733 MICHAEL: | Well, it is what it is. So -- all right, well, |
| 734 | if you know, for grins, Dan, if you can |
| 735 | disentangle, I guess for scenario 3, what, |
| 736 | you know, what the basis versus data |
| 737 | grade impact is for both liquidity and |
| 738 | marks, I'd appreciate that, and then, I |
| 739 | don't know, for grins, Darren, you know, |
| 740 | I don't have a whole lot of context here |
| 741 | about what normal is in terms of, you |
| 742 | know, the spreads, basis spread between |
| 743 | one month and one year, but you know, it |
| 744 | might be interesting to see that if we say |
| 745 | things are going to normalize and the |
| 746 | impact was call it 20 basis points, if that |
| 747 | 20 basis points, you know, normalizes |
| 748 | after a month, you know, how does that |
| 749 | change scenario 1 and scenario 2? |
| 750 | |
| 751 DAN: | Or normalize to where it's been pre- |
| 752 | March? I mean, I have the graph -- I have |
| 753 | the 1-month/12-month graph, and it'll be |
| 754 | interesting, I'd like to get your |
| 755 | perspective on it. Here, let me just find it. |

756

757 MICHAEL:        You're probably gonna tell me that we're
758                 like at all time wides or something like
759                 that.

760

761 ERIC:           Very close to it.

762

763 MICHAEL:        Oh, wow.

764

765 ERIC:           I've seen the graph, yeah.

766

767 MICHAEL:        All right, I just opened it up.

768

769 DARREN:         Okay, so look at -- the bottom half is
770                 easier to understand. That's the actual
771                 spread, so when you see the shaded green,
772                 that's the positive spread between the
773                 two.

774

775 MICHAEL:        Yeah.

776

777 DARREN:         So, let's see. Wait, this is only to 2010.
778                 Wait a second. Shit. Huh. I don't know
779                 why it's going to 2010. I thought I had it
780                 for the -- I think I just sent it to you, Eric,
781                 right? Oh, this is not the right one. Hold
782                 on. Here it is. Okay, yeah. You should
783                 have it.

784

785   ERIC:           Okay.

786

787   DARREN:         So here you see -- what I was alluding to
788                   is look at when the portfolio was acquired
789                   2014 all the way to the left, and that basis
790                   is just increased, you know, for the most
791                   part, and then you see that dip at the end
792                   here in March, and if you look at
793                   something historical, historical I think it's
794                   been around 50 basis points.

795

796   MICHAEL:        So just to be clear I should be looking at
797                   the graph at the bottom on the left which
798                   is the spreadsheet –

799

800   DARREN:         Yeah.

801

802   MICHAEL:        -- showing -- yeah, in the area of -- okay,
803                   good. Yep.

804

805   DARREN:         So that, you know, going from, call it 40
806                   basis points up to 100, you know, that was
807                   probably a -- easily -- yeah, the portfolio -
808                   - if the portfolio was this size back in
809                   August of 2014, that would have -- that
810                   basis move held constant, my guess
811                   would be 20, 40, 60, 80, 80-ish, 75 to 100

| | |
|---|---|
| 812 | million in benefit, but we'll get firmer |
| 813 | numbers when Dan runs the isolated runs. |
| 814 | |
| 815 | MICHAEL: I mean, for such a small move, you know, |
| 816 | in the grand scheme of things to cause a |
| 817 | $27 million end discounted impact, I'm -- |
| 818 | wow. That is profound. |
| 819 | |
| 820 | DARREN: Yeah, it's a -- and obviously, as you can |
| 821 | see, it's been nothing but good to us. |
| 822 | There was a period of time, I guess, |
| 823 | looking at kind of November, December |
| 824 | 2015 it dipped. It's dipped a few times, |
| 825 | but – |
| 826 | |
| 827 | MICHAEL: Yeah, and the reason that this has been |
| 828 | widening as much as it has is because the |
| 829 | market has been predicting that the Fed |
| 830 | was going to raise rates faster than they |
| 831 | did, and one month LIBOR remained low |
| 832 | because rates weren't raised and, |
| 833 | therefore, the disconnect between what |
| 834 | the market was expecting and what was |
| 835 | happening in reality continued to grow |
| 836 | and grow and grow until, you know, |
| 837 | boom. You see a 25-basis point increase, |
| 838 | and then it contracts. Is that – |
| 839 | |

| | | |
|---|---|---|
| 840 | DARREN: | Somewhat. I need to do more work on it. I |
| 841 | | think it has more to do with expectations, |
| 842 | | you know, not exactly what happened to |
| 843 | | 25, not the 25, but how the -- you know, |
| 844 | | they call it the dot plot, how that shifted in |
| 845 | | this meeting. You know, because all the |
| 846 | | governors basically had their own |
| 847 | | projections, and they throw that into a |
| 848 | | plot, a plot graph. |
| 849 | | |
| 850 | MICHAEL: | Yeah, I get what happened, I guess, now. |
| 851 | | I guess what I'm trying to figure out is |
| 852 | | what happened between, call it December |
| 853 | | 2014 and you know, call it 2016, where |
| 854 | | you saw this widening over time, and then |
| 855 | | man, a drastic widening in 2016 at the |
| 856 | | beginning of the year. |
| 857 | | |
| 858 | DARREN: | Mm-hmm. |
| 859 | | |
| 860 | MICHAEL: | I mean, what's the -- I'm trying to get my |
| 861 | | head wrapped around what the cause of |
| 862 | | that is. |
| 863 | | |
| 864 | DARREN: | I have to go back and figure it out. |
| 865 | | |
| 866 | ERIC: | Yeah. |
| 867 | | |

| | |
|---|---|
| DARREN: | I know a good portion of the move in 2016 towards, you know, call it -- the probably 10-ish, 8 to 10 months leading up to October 2016 was related to the Dodd-Frank changes related to money market funds in that, you know, there were new regulations and new guidelines on how money market cash is allowed to be invested. That caused the basis to widen, particularly as it relates to 3-month LIBOR, and I think 3, 6, and 12-month just kind of all moved together, and one month was pegged, so – |
| MICHAEL: | So you're saying this runup you think might be Dodd-Frank related? |
| DARREN: | Oh, yeah. It definitely is. It definitely is. Like that runup from looks like, I don't know, summer -- definitely the summer to October move, definitely Dodd-Frank related. |
| MICHAEL: | You're talking summer of what? |
| DARREN: | 2016, yeah. |

| | |
|---|---|
| **MICHAEL:** | So last I checked Dodd-Frank is still around, so what happened? I guess why did it kind of rise and then partially contract? Is that related to the rate increase that happened December last year, so again, a corresponding drop? |
| **DARREN:** | Yeah, I see what you're saying. Well, the rates were -- 'cause that would have been after December because they did it in December. Or was it September? |
| **MICHAEL:** | But they probably priced it in, I guess, in the fourth quarter, call it October, November. They're like yeah, they're raising rates in December, so it's started contracting in anticipation of the move. |
| **DARREN:** | The move itself will cause a gyration, but again, it's supposed to normalize -- it's supposed to take, you know, weeks to normalize, and the spread's supposed to be -- basically go back to where it was pre-move. I mean, that's what I know. |
| **MICHAEL:** | Yeah. It doesn't seem like that happened, though, between -- I mean, the last Fed |

922
923     increase since -- I mean, what was the last
        rate increase that happened? Was it –

924

925     DARREN:        September.

926

927     MICHAEL:       December, right?

928

929     DARREN:        I think it was September.

930

931     MICHAEL:       Oh.

932

933     DARREN:        Let me go back. December, December.

934

935     MICHAEL:       Yeah, so, I mean, the story I have in my
936                    head is boom, every time there is a --
937                    there's a rate increase in the short term,
938                    we're going to see this, you know, impact
939                    where you see the, you know, call it a 20
940                    basis point reduction in the spread, I
941                    mean,  because it never came back, right?
942                    So it looks like it contracted in
943                    anticipation of the rate change in
944                    December and then never bounced back,
945                    right, and then just happened again,
946                    another 20 basis points, so if I'm thinking
947                    about this right, you see two massive
948                    things happen simultaneously when the
949                    Fed raises rates. You see a 20-basis point

contraction in spread, and you see a call it 20, 25 basis point increase in the static rate, and the combined effect of that is absolute total devastation on our portfolio each time it happens. So it's not just like -- I mean, tell me I'm wrong, but that's what I -- I mean, that's what I'm taking away from this is that you get hit with two things at the same time simultaneously and it's like they're almost like permanent and not -- they don't -- it doesn't seem like there's any normalization that occurs.

DARREN:     Well, they raised rates in 2015.

MICHAEL:    Okay. Yeah. All true.

DARREN:     There's only been three rate rises since 2004.

MICHAEL:    Yeah, that's a good point.

DARREN:     I could -- I need to work with Marty at Wedbush who understands the gyrations here. I know the runup June to October 2016 was Dodd-Frank. I want to say I asked these questions at the time —

| | |
|---|---|
| 978 | **MICHAEL:** So Darren, stop right there. I'm sorry. So |
| 979 | you say the runup meaning like that steep |
| 980 | increase that happens basically post-July |
| 981 | 2016 or are you saying the runup, you |
| 982 | know, all the way up to that point. |
| 983 | |
| 984 | **DARREN:** Yeah, the runup from June 2016 up. |
| 985 | |
| 986 | **MICHAEL:** Got it. |
| 987 | |
| 988 | **DAN:** That was just -- that was technical flows. |
| 989 | That was -- money had to come out of |
| 990 | certain instruments and go into |
| 991 | government instruments or something. |
| 992 | That caused 3-month LIBOR to decouple |
| 993 | from 1-month LIBOR, and obviously |
| 994 | twelve months went with it--six and |
| 995 | twelve months went with it. That was the |
| 996 | decoupling in that big, steep rise, and I |
| 997 | want to say when it came off of that, |
| 998 | which was November -- I don't know, |
| 999 | where it says the high point. The high |
| 1000 | point down, that was just some |
| 1001 | normalization at the time. I didn't think it |
| 1002 | was fed, you know, Fed induced. I'll get - |
| 1003 | - I need to get more color. I need to get it |
| 1004 | -- I need to work with Marty on that. I |
| 1005 | don't -- I wouldn't sit here and say you |

1006
1007
1008
1009
1010

should just guarantee yourself every time the Fed raises 25, you're gonna have a 20-basis point contraction in the basis. I don't think that's the case.

1011
1012
1013
1014
1015

DARREN: I don't think that's correct, either. To kind of stretch a point, well, that means the spread's going to go to zero in four rate moves.

1016
1017
1018
1019
1020
1021
1022
1023
1024
1025
1026
1027
1028
1029
1030
1031
1032
1033

DARREN: Yeah. There's a lot that goes on in the front end. Like when people say, "the front end to the curve", they typically say the two-year treasury, but now when you're getting into one month, one year, this is like -- they call this like, you know, cash. It's not even -- it's inside of the front end even, and there's a lot of dynamics, a lot of dynamics that I just never -- I never really had exposure to that caused this. It's like overnight repo, general collateral, Fed funds futures, OIS--all things that kind of cause gyrations, you know, kind of before fed, after fed, and it takes time for things to catch up. Now, again, the median for the one month, one year is the (U/I) point, so there's no getting around that, but I need

| | |
|---|---|
| 1034 | to get more color on what to expect going |
| 1035 | forward as a basis. |
| 1036 | |
| 1037 | MICHAEL:      Fifty basis points over what time period? |
| 1038 | DARREN:      The history. |
| 1039 | |
| 1040 | MICHAEL:      Hmm. So it looks like on this chart here |
| 1041 | it's 65, so it's artificially high from March |
| 1042 | 2014 till today so – |
| 1043 | |
| 1044 | DARREN:      On this chart we're at 82. Oh yeah, you |
| 1045 | mean the mean. The mean, yeah, this is |
| 1046 | just a short period of time. I think if you |
| 1047 | go back further -- the first chart I sent |
| 1048 | you, I don't know if – |
| 1049 | |
| 1050 | DAN:      I'm looking at it on Bloomberg, 2010 to |
| 1051 | 2017, the mean is 63. |
| 1052 | |
| 1053 | DARREN:      Yeah, almost 64. |
| 1054 | |
| 1055 | MICHAEL:      I'm sorry, over what time period, Dan? |
| 1056 | |
| 1057 | DAN:      2010 to 2017, till today. |
| 1058 | |
| 1059 | MICHAEL:      Oh. How about, you know, forever? |
| 1060 | |

| | |
|---|---|
| 1061 DAN: | Okay. Since 2000, it's 50, and -- let's see |
| 1062 | if I can go back further. Since 1990, 38. |
| 1063 | |
| 1064 MICHAEL: | And the reason this is crushing us is |
| 1065 | because of the damn par floater that's |
| 1066 | being indexed to 1-month LIBOR as |
| 1067 | opposed to one year? |
| 1068 | |
| 1069 DARREN: | Yeah. |
| 1070 | |
| 1071 DAN: | Exactly right. |
| 1072 | |
| 1073 DARREN: | Yes. |
| 1074 | |
| 1075 MICHAEL: | Oh, man. All right, so it sounds like |
| 1076 | there's a long shot that we're gonna see |
| 1077 | this spread widen again by the 20 BPS |
| 1078 | that we just lost, but nonetheless, Dan, if |
| 1079 | you can show me scenario 1 and 2, were |
| 1080 | that to occur, what the resulting impact |
| 1081 | would be, so call it, you know, call it |
| 1082 | scenario 6 and 7, 6 being scenario 1, you |
| 1083 | know, plus 20 BPS added to the one |
| 1084 | month versus one year spread |
| 1085 | prospectively and the same thing for |
| 1086 | scenario 2. Again, not because I'm saying |
| 1087 | that's where we're gonna go; I'm just |

1088
1089

trying to understand how much that
spread matters for scenarios 1 and 2.

1090

1091
1092

DAN:           To be clear, we should use the exact
spread deterioration, right, which I think –

1093

1094

MICHAEL:       Right.

1095

1096

DAN:           -- is not 20. It's something less than 20.

1097

1098

MICHAEL:       Well, whatever it is. Yes.

1099

1100
1101
1102
1103
1104

DAN:           Okay, so we're gonna -- I -- okay, so
scenario 6 is we're gonna go find
whatever the deterioration is, and then it's
-- we're going to do what with that, and
maybe I can work with Darren.

1105

1106
1107

MICHAEL:       Apply it to scenario 1. Everything else
remains the same.

1108

1109
1110
1111

DAN:           Well, if we do it scenario 1, then what's
gonna change is just the percent Live
Well prepay.

1112

1113

MICHAEL:       I understand.

1114

1115  DAN:              Okay, okay. Yeah. Okay. Okay. So --
1116                    okay, so scenario 1, we're gonna contract
1117                    the basis, whatever it actually did, again.

1118

1119  MICHAEL:          Yep.

1120

1121  DAN:              Okay, and then scenario 7 is –

1122

1123  MICHAEL:          Not contract; expand.

1124

1125  DAN:              Or expand, expand, okay.

1126

1127  MICHAEL:          Yeah.

1128

1129  DAN:              Okay, and then what would scenario 7 be?

1130

1131  DARREN:           Doing the same expansion of the basis
1132                    spread of, you know, whatever it is. You
1133                    know, we're using 20 BPS, but whatever
1134                    the actual number is –-

1135

1136  DAN:              Oh, so do the same thing except with
1137                    scenario 2?

1138

1139  DARREN:           Correct.

1140

1141  DAN:              Okay. Okay, all right, so 6 is scenario 1,
1142                    and we're gonna basically expand the

| | |
|---|---|
| 1143 | basis to whatever it actually did during |
| 1144 | which – |
| 1145 | |
| 1146 | DARREN:   Yeah. |
| 1147 | |
| 1148 | DAN:   Okay, for March. All right, then scenario |
| 1149 | 7 is whatever it actually expanded -- or |
| 1150 | whatever it actually contracted in March, |
| 1151 | we're going to expand it and use the |
| 1152 | pricings in scenario 2 to solve the percent |
| 1153 | level of prepay. |
| 1154 | |
| 1155 | DARREN:   Right. |
| 1156 | |
| 1157 | MICHAEL:   Again, I'm just trying to understand if |
| 1158 | spreads widen back to what they were |
| 1159 | before, you know, the world went |
| 1160 | haywire, you know, what that buys us in |
| 1161 | the form of slowing, or you know, |
| 1162 | speeding up, I guess, prepays, right? I'm |
| 1163 | trying to understand kind of that tradeoff |
| 1164 | between the two. |
| 1165 | |
| 1166 | DARREN:   Okay, and then, Eric, I'm gonna apply the |
| 1167 | liquidity to the last liquidity published to |
| 1168 | Michael. |
| 1169 | |
| 1170 | ERIC:   Yep. |

Case 1:19-cr-00602-RA   Document 59-1   Filed 04/12/21   Page 43 of 44

1171

1172 **DARREN:** Yep. Okay.

1173

1174 **ERIC:** Just make sure, you know, because I
1175 know you and Annie have a little
1176 language about which scenario or
1177 whatever –

1178

1179 **DARREN:** Yeah. I have it.

1180

1181 **ERIC:** -- you've confirmed that with her. She
1182 knows the one we've reviewed with
1183 Michael.

1184

1185 **DARREN:** Yeah, understood. And is this -- is this,
1186 does this take place of this stuff that we
1187 talked about earlier regarding the rise in
1188 rates? Like is the deliverable only now 6
1189 and 7 or is it now 6 and 7 plus analysis
1190 that we discussed earlier?

1191

1192 **MICHAEL:** The analysis we discussed earlier in terms
1193 of disentangling the impact of static
1194 versus basis, scenario 3, also needs to be
1195 done, but I would say I'm more interested
1196 in seeing scenario 6 and 7 first and having
1197 you send that out than I am seeing that.

1198

1199 DARREN:        Okay.

1200

1201 MICHAEL:       So scenario 6 and 7 should be priority
1202                one, analysis to disentangle for scenario 3.
1203                The impact of static versus basis
1204                compression would be priority two.

1205

1206 DARREN:        Got it.

1207

1208 DAN:           Eric, anything else you want to see
1209                scenario-wise?

1210

1211 ERIC:          No, I think that would be good. I think
1212                that will lead to questions and insights --
1213 DAN:           Yeah.

1214

1215 ERIC:          -- that may dictate if we go anywhere
1216                else, so –

1217

1218 DAN:           Yep. Okay.

1219

1220 MICHAEL:       All right. Thank you, guys. I appreciate it.
1221                I don't have any further questions.

1222

1223 ERIC:          All right.

1224

1225 [END OF RECORDING]