| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC#:**<br>**DATE FILED:** |

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

MICHAEL HILD,

                Defendant.

19-CR-602 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Trial in this matter will commence April 13, 2021. The Court will sit from 10:15 am to 4:15 pm Mondays through Fridays in Courtroom 110 at 40 Foley Square. Members of the public may listen to this trial by calling (888) 363-4749 and entering the access code 1015508#.

SO ORDERED.

Dated:    April 12, 2021
            New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge