

Respond to Fort Wright Office:
809 Wright's Summit Parkway
Suite 120
Fort Wright, Kentucky 41011

**Benjamin G. Dusing**
(859) 635-5000
bdusing@bgdlaw.com

May 5, 2021

**VIA CM-ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Re:*     United States v. Michael Hild, et al., *No. 19-cr-602 (RA)*

Dear Judge Abrams:

    The defense writes for the purpose of requesting a 14-day extension of the deadline to file post-trial motions in this matter pursuant to Federal Rules of Criminal Procedure 29 and 33.  The jury having returned its verdict on April 30, 2021, a 14-day extension would make motions filed by the defense pursuant to the above rules due on or before May 28, 2021.  The government does not object to the requested extension.

                                        Sincerely,

                                        /s/
                                  Benjamin G. Dusing

cc:     All Counsel of Record (by ECF)

SO ORDERED:

Honorable Ronnie Abrams
May 5, 2021
Page 2


Dated:      New York, New York
May ___, 2021

                                                                                                             _____
                                                                                                             RONNIE ABRAMS, U.S.D.J.