| | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 5/14/2021 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MICHAEL HILD,

              Defendant.

No. 19-CR-602

ORDER

RONNIE ABRAMS, United States District Judge:

After a fourteen-day trial, a jury found Defendant guilty of Counts 1, 2, 3, 4, and 5 of the Indictment. The Clerk of Court is respectfully directed to upload to ECF the Court Exhibits from trial, each of which is attached to this Order:

- Court Exhibit 1: Voir Dire Questionnaire
- Court Exhibit 2: Draft Jury Charge
- Court Exhibit 3: Jury Charge
- Court Exhibit 4: Verdict Form

SO ORDERED.

Dated:    May 14, 2021
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge