UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

v.

MICHAEL HILD,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**VERDICT SHEET**

Case No.: 19-Cr-602 (RA)

Please indicate your verdicts with a check mark (✓):

**COUNT ONE**
**(Conspiracy to Commit Securities Fraud)**

(1) How do you find the Defendant, MICHAEL HILD, with respect to Count One?

    Not Guilty _____    Guilty ✓

**COUNT TWO**
**(Conspiracy to Commit Wire and Bank Fraud)**

(2) How do you find the Defendant, MICHAEL HILD, with respect to Count Two?

    Not Guilty _____    Guilty ✓

If you answered "Guilty" to Question (2), please answer Special Interrogatory (A).

*Special Interrogatory (A)*: Do you find that the objective of the scheme was to affect a financial institution?

    Yes ✓    No _____

## COUNT THREE
### (Securities Fraud)

(3) How do you find the Defendant, MICHAEL HILD, with respect to Count Three?

Not Guilty _____    Guilty ___✓___

## COUNT FOUR
### (Wire Fraud)

(4) How do you find the Defendant, MICHAEL HILD, with respect to Count Four?

Not Guilty _____    Guilty ___✓___

If you answered "Guilty" to Question (4), please answer Special Interrogatory (B).

*Special Interrogatory (B)*: Do you find that the objective of the scheme was to affect a financial institution?

Yes ___✓___    No _____

## COUNT FIVE
### (Bank Fraud)

(5) How do you find the Defendant, MICHAEL HILD, with respect to Count Five?

Not Guilty _____    Guilty ___✓___

*When your deliberations are complete, please sign and date the verdict form.*

[jury signatures]

New York, New York

April 30, 2021

2