UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Michael Hild,
              *Defendant.*

19 Cr. 602 (RA)

**Order re: Attorney-Client Privilege Waiver**

WHEREAS Michael Hild has moved for a new trial pursuant to Federal Rule of Criminal Procedure 33 on the ground of ineffective assistance of counsel, among other bases (ECF No. 104); and

WHEREAS the Government, after reviewing the motion papers, has concluded that the testimony of Hild's former counsel, Benjamin Dusing and Brandy Katy Lawrence ("Counsel"), will be needed in order to allow the Government to respond to the motion; and

WHEREAS the Court, after reviewing the motion papers, is satisfied that the testimony of Counsel is needed in order to allow the Government to respond to the motion; and

WHEREAS by making the motion, the movant has waived the attorney-client privilege as a matter of law; and

WHEREAS the Court is cognizant that, absent court order, ethical concerns may inhibit Counsel from disclosing confidential information relating to a prior client even in the absence of a privilege, *see, e.g.*, ABA Standing Comm. on Ethics and Prof. Responsibility Formal Op. 10-456 (July 14, 2010), *Disclosure of Information to Prosecutor When Lawyer's Former Client Brings Ineffective Assistance of Counsel Claim*,

IT IS HEREBY ORDERED that Counsel shall give sworn testimony, in the form of an affidavit, addressing the allegations of ineffective assistance of counsel made by the defendant.

Dated: New York, New York
August 6, 2021

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE