

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 1, 2021

**By ECF**
The Honorable Ronnie Abrams
United States District Judge
40 Foley Square
Southern District of New York
New York, New York 10007

Re:   United States v. Michael Hild, 19 Cr. 602 (RA)

Dear Judge Abrams:

The Government writes with the consent of defense counsel, to request a modification of the briefing schedule for the defendant's post-trial motions in light of the voluminous filings, including the affidavits of former defense counsel (which total over 100 pages and are being provided to the Court under separate cover). Specifically, the parties request that the Government's deadline to file its opposition brief be extended by one week, to August 20, 2021, and that the defendant's deadline to file any reply brief be similarly extended, to September 3, 2021.

The parties also request permission to file oversized briefs. Consistent with the Court's order of July 13, 2021, granting a similar request by the defense, the Government seeks permission to file an opposition brief of no more than 50 pages, and the defense seeks permission to file a reply brief of no more than 25 pages.

Respectfully submitted,

Application granted.

AUDREY STRAUSS
United States Attorney

SO ORDERED.

by: __/s/__
Scott Hartman / Jordan Estes
Assistant United States Attorneys
(212) 637-2357 / 2543

Hon. Ronnie Abrams
08/26/21

cc.: Brian Jacobs, Esq., *Counsel to Michael Hild*