UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 19-CR-0602 (RA) |
| MICHAEL HILD | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

     Pending before the Court is Defendant's motion for acquittal, or, in the alternative, for a new trial. The Court shall hold oral argument on this motion on March 8, 2022 at 3:00 p.m. in Courtroom 1506 at the U.S. Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:    February 3, 2022
             New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge