UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 19-CR-0602 (RA) |
| MICHAEL HILD | <u>ORDER</u> |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

    As discussed with the parties, the oral argument scheduled for March 8, 2022 is adjourned to April 29, 2022 at 2:00 p.m. The Court shall hold the argument in Courtroom 1506 at the U.S. Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:    March 7, 2022
            New York, New York

                                          RONNIE ABRAMS
                                        United States District Judge