# Exhibit A

Honorable Ronnie Abrams
The United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, New York 10007

Dear Judge Abrams:

I must confess and I hope you can understand, never in my lifetime would I have ever imagined that I would be writing a letter such as this that I am sending to you. I never have imagined that I would have witnessed an individual close to myself or my family in a federal court on trial for federal crime. In all the ways that I could not have imagined this all happening I am uncertain I know how to effectively write to you asking for the consideration of leniency in the sentencing of Michael Hild. I am hopeful that you will find my letter to have purposeful meaning in what I can only ask as a plea to instill kindness and sympathy in making your ultimate determination.

My name is Jackson Dyer and Michael Hild is my brother-in-law.

I have known Mike since my senior year of high school when my sister introduced him to the family for the first time. Over twenty years later, Mike has become a part of our family and demonstrated himself to be a lifelong husband to my sister. I have become to understand Mike to be an older big brother figure for myself in ways.

He has always seemed to place high importance on family and the care of those close to him. Over the last few years, I have been able to witness Mike's love for his niece and nephew. One of the most special things in life is to see the shining light and impact that kids can have on people. That happened time and time again as Mike would show videos or tell stories involving his niece and nephew. I know with the uncertainty of this outcome he has tried to connect with them as much as possible and understands the potential sadness of not being able to see them grow up. It shows Mike's love for his family and his compassion for them unconditionally.

Mike has demonstrated the same care and admiration for his brother. He has always remained the biggest supporter and first to highlight each and every accomplish his brother has made throughout his life and career; never short of always letting everyone know that he thought the world of his brother.

The same care and compassion has existed for my sister starting from the first day. As she would always be one to shy away from personal achievement in her career, Mike would always be the first to telegraph the latest exciting news and provide the pedestal for her.

In many ways, he showed a lot of drive and tireless work ethic that was admirable. He is a very proud individual and always was grateful for his opportunity to attend and graduate from Cornell University. It was an achievement that seemed to give him his own assurance of credibility but humbled by the opportunity to graduate from there. With that, he never lost sight of his upbringing and background. He has always seemed to have a continual thirst for figuring out the unknown to him.

When he first took on the quest of starting his business it seemed as though he had aspirations of making a company larger and more involved than I could ever imagine. He has always been one that was open to a challenge and one that always seemed to have grandiose thoughts or beliefs in something that others could not see; this is not a bad thing but something others have not seem to understand at times.

With the improvements and involvements in Manchester (Richmond), I believe Mike felt as though he was doing good for the community as a whole. The dedication to the hours spent working in the community trying to grow the small area in hopes that growth would occur for all in that area was evident. A long, lost area of Richmond was becoming something again. The work and effort was bringing something to the community; it was bringing opportunity to business owners and individuals just the same. There was a vision, and much larger than most people could see or were willing to try. I believe Mike had a vision that he thought could help improve, and that he could help others. The changes that were happening in the community have declined it seems since all of this has occurred. It is unfortunate for so many with the ties to this overall outcome, but I do believe that through the efforts made it was causing overall good to that community.

Companies and business fail sometimes, unfortunately, and tragically. It is a sad reality that occurs and it brings on heartbreak for so many that are involved or invested. I don't know what transpired to bring this all to a federal court and verdict decided by jury but there are many uncertainties about it all, for me at least. It is an unfortunate course that collided for so many different people, families, and institutions.

I don't understand much of what occurred and I never understood much that was displayed in the trial. Sitting in the courtroom, I witnessed a number of individuals that stated that they did not believe that they were doing anything wrong. I saw a number of individuals make mention that they never discussed with Mike reasons that caused them any concerns or believed there were any issues. It was all rather confusing to me and left a lot of uncertainty in my mind. But still, with any failure, people look to find someone to bear responsibility.

What has transpired over the last couple of years for Mike has been tough on him. It has been tough on my sister trying to be supportive of him. It has been tough on my family just the same. It has wrecked a number of different lives for a number of different people and families in so many different ways. It has all been rather confusing. But the stress, the anxiety, the uncertainty, and the continual societal shame placed on Mike has been quite difficult for him from what I have seen and can only imagine. Media and continual journalistic sensationalism reared its head before, during and after the trial with the many individuals believing commentary of hatred was a proper response. It is amazing how insensitive society can be or has become. Needless to say, it seemed as though the sentencing and burden came long prior to the jury trial. From what I have seen, the burden of failure and the loss of so much effort spent has shown to be an internal imprisonment for Mike. Punishment has already been experienced in so many ways. I must ask that you take this into consideration as you think about Mike's sentencing.

I have faith and trust in the judicial system and the means that have been set forth to handle such situation, trial and/or verdict. I have faith in the sentencing deliberations of Judge being involved just the same. It is not lost on me that this is a heavy burden that one bears and undeniable pressure of making the most responsible decision. Weighing the outcome of Mike's life in your hands is not an easy task nor one that I would ever want. But you hold the fate of the remainder of his life with your determination. You determine the course of a lifetime for so many people involved with your sentencing. The impact of that sentence will be one that effects my family, but mainly, my sister. She has always been there to support Mike and has continually demonstrated full love, trust and faith in him. In this colossal ask of consideration, I once again and most respectfully, hope that you find it within your determination to allow leniency.

Thank you for your service to our country.

God Bless,

Jackson Dyer