Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:

United States of America v.

Michael Hild

Docket No.: 19-cr-00602 (RA)

Hon. Ronnie Abrams, U.S.D.J.
(District Court Judge)

Notice is hereby given that Michael Hild appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓ , other _____ (specify) entered in this action on 01/31/2023 (date).

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea |___| trial |✓| N/A |___|

Offense occurred after November 1, 1987? Yes |✓| No |___| N/A |___|

Date of sentence: 01/27/2023 N/A |___|

Bail/Jail Disposition: Committed |___| Not committed |✓| N/A |___|

Surrender date is scheduled for May 1, 2023.

Appellant is represented by counsel? Yes ✓ | No | If yes, provide the following information:

Defendant's Counsel: Brian A. Jacobs

Counsel's Address: Morvillo, Abramowitz, Grand, Iason & Anello, P.C.

565 Fifth Avenue, New York, NY 10017

Counsel's Phone: (212) 856-9600

Assistant U.S. Attorney: Jordan Lancaster Estes

AUSA's Address: 1 St. Andrew's Plaza

New York, NY 10007

AUSA's Phone: (212) 637-2527

Signature

## CERTIFICATE OF SERVICE

I, Brian A. Jacobs, hereby certify that on February 8, 2023, I caused a true and correct copy of the Notice of Appeal to be served by Federal Express and email on the following counsel of record:

> AUSA Jordan Lancaster Estes
> United States Attorney's Office
> Southern District of New York
> 1 St. Andrew's Plaza
> New York, NY 10007

_____
Brian A. Jacobs

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Feb 8, 2023 11:19AM

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C. FBO MICHAEL HILD

| Rcpt. No: 12214 | | Trans. Date: Feb 8, 2023 11:19AM | | | Cashier ID: #ST |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #53260 | 02/8/2023 | $505.00 |
| | | | Total Due Prior to Payment: | $505.00 |
| | | | Total Tendered: | $505.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: 19CR602 RA

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.