

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 13, 2023

**BY CM/ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Hild*, 19 Cr. 602 (RA)

Dear Judge Abrams:

    I am leaving the service of the United States Attorney's Office. Accordingly, I respectfully request that you order the Clerk of Court to terminate my appearance in the above-captioned case.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:  /s/
    Jordan Estes
    Assistant United States Attorney
    (212) 637-2543