UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

MICHAEL HILD,

Defendant.

19-CR-602 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 29, 2023, Defendant Michael Hild filed a motion for a new trial pursuant to Federal Rule of Criminal Procedure 33. *See* Dkt. 173.

No later than June 16, 2023, the government shall file a responsive brief addressing each of Hild's two bases for a new trial, as well as whether this Court retains jurisdiction over the motion while Hild's appeal remains pending before the Second Circuit. Hild may then file a reply to the government's brief, including any argument as to why the Court should retain jurisdiction over the motion while his appeal is pending, no later than June 30, 2023.

SO ORDERED.

Dated:   June 1, 2023
         New York, New York

Hon. Ronnie Abrams
United States District Judge