UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

MICHAEL HILD,

Defendant.

19-CR-602 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Now pending before the Court are the government's proposed order of restitution, *see* Dkt. 161, and Defendant Hild's motion for a new trial pursuant to Federal Rule of Criminal Procedure 33, *see* Dkt. 173. In light of the Court's prior scheduling order, the motions will be fully briefed by June 30, 2023. *See* Dkt. 176.

Accordingly, it is hereby ordered that the parties appear for oral argument—to address both the proposed restitution order and Hild's pending motion—on August 2, 2023 at 11:00 a.m. in Courtroom 1506 of the Thurgood Marshall U.S. Courthouse at 40 Foley Square. Should this present a scheduling conflict for either party, they may make an application for adjournment by letter and propose alternate dates.

SO ORDERED.

Dated:   June 20, 2023
         New York, New York

Hon. Ronnie Abrams
United States District Judge