USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

MICHAEL HILD,

               Defendant.

No. 19-CR-602 (RA)

ORDER OF REFERENCE

---

RONNIE ABRAMS, United States District Judge:

This action is referred to Magistrate Judge Parker for the following purpose:

| | | | |
|---|---|---|---|
| | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| | Specific Non-Dispositive Motion/Dispute: | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | X | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:<br><br>Restitution Calculation. *See* Opinion and Order, Sept. 12, 2023; 18 U.S.C. § 3664(d)(6). |

SO ORDERED.

Dated:    September 12, 2023
              New York, New York

                                                        Hon. Ronnie Abrams
                                                        United States District Judge