```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED:___09/13/2023___      │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA                            :
                                                    :
            -v-                                     :           19-CR-602-RA-1
                                                    :
MICHAEL HILD,                                       :           ORDER SCHEDULING
                                                    :           STATUS/SCHEDULING
                   Defendant.                       :           CONFERENCE
                                                    :
----------------------------------------------------------------X

KATHARINE H. PARKER, United States Magistrate Judge:

        It is hereby ORDERED that a Status & Scheduling Conference in this action is set for

**Tuesday, October 3, 2023 at 3:30 p.m.** in Courtroom 17-D, United States Courthouse, 500

Pearl Street, New York, New York.

        SO ORDERED.

Dated: September 13, 2023
        New York, New York

                                    _____
                                         KATHARINE H. PARKER
                                       United States Magistrate Judge