

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

**By ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 12/29/2023

> Request GRANTED. The Government must submit the supporting documentation on behalf of ICBC by January 5, 2024.
>
> SO ORDERED:
>
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE    12/29/2023

    Re:    **United States v. Michael Hild**,

Dear Judge Parker:

On December 13, 2023, the Court issued an order requiring that additional information in support of the victims' restitution claims be submitted no later than today, December 29, 2023. With respect to the Live Well bankruptcy estate and three of the lender victims – Mirae, Flagstar, and Customers Bank – the Government, on behalf of the victims, has submitted or will submit later today the supplemental information called for by the Court's December 13 order.

With respect to ICBC, the Court's December 13 order required additional information to support the bank's calculation of attorney's fees and carrying costs. Although ICBC has been working diligently to locate those records, those efforts have been significantly by the fact that ICBC is in the process of recovering from a severe cyber-attack, which limits the availability of certain of its records. *See* https://www.cnbc.com/2023/11/10/icbc-the-worlds-biggest-bank-hit-by-ransomware-cyberattack.html. ICBC may have additional information in the next week to 10 days, as it continues to recover from the cyber-attack, and, accordingly, requests an extension of time until January 5, 2024, to provide any supplemental information.

The Government respectfully submits that ICBC's request is reasonable in light of the new hearing date, the limited nature of the Court's follow-up inquiries with respect to ICBC, and the particular circumstances of the cyberattack.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

                by:    /s/
                    Scott Hartman
                    Assistant United States Attorney
                    (212) 637-2357

cc:    Counsel of record (by ECF)