**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                                       **19-cr-00602-RA-1**

         -against-                                                  **ORDER**

MICHAEL HILD.

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties appeared for an evidentiary hearing on January 12, 2024. As discussed at the hearing and set forth more fully on the record:

1. The Government is directed to order the transcript of the January 12, 2024 hearing on an expedited basis, to the extent it has not already done so.

2. Seven days following the filing of the transcript on the docket, the Government shall submit a letter, no longer than five pages excluding exhibits, containing:

    a. The amount in restitution the Government is seeking on behalf of each victim,

    b. The amount in restitution each Victim is seeking on its own behalf,

    c. Any legal arguments in support of awarding the sought restitution amounts.

3. Defendant may file a letter in opposition to the Government's submissions, no longer than five pages excluding exhibits, no later than fourteen days after the official transcript of the January 12, 2024 hearing is filed.

4. The Government shall have seven days thereafter to file a reply letter, no longer than three pages excluding exhibits.

        **SO ORDERED.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2024

DATED:   New York, New York
         January 17, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge