

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 13, 2026

Application granted

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
January 13, 2026

**<u>BY ECF</u>**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *United States* v. *Hild*, 19 Cr. 602 (RA)

Dear Judge Abrams:

The Government writes in response to the defendant's January 7, 2026 letter seeking bail pending a petition for certiorari. (*See* Dkt. 252). The Government respectfully requests until January 20, 2026 to submit a letter in opposition to the defendant's request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    ____/s/_____
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448

cc:    *Counsel of Record* (by ECF)