# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

———

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536

January 14, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

———

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

———

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**BY ECF**
Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

Application granted.

SO ORDERED.

_____

Hon. Ronnie Abrams
January 14, 2026

Re:    United States v. Michael Hild, 19 Cr. 602 (S.D.N.Y.) (RA) (KHP)

Dear Judge Abrams:

I am counsel for defendant Michael Hild, and I write to notify the Court that the Second Circuit has recalled the mandate in this case because it was "issued prematurely due to an administrative error." (ACMS Nos. 86–87; ECF No. 255.) Because the Second Circuit has recalled the mandate, this Court's prior order granting Mr. Hild bail pending his Second Circuit appeal remains in effect, and there is no operative mandate authorizing further proceedings predicated on finality of the appellate judgment.

Accordingly, Mr. Hild respectfully requests that no further submissions be filed or considered regarding bail pending certiorari, surrender, or execution of sentence unless and until the Court of Appeals issues a valid mandate.

I appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Brian A. Jacobs*

Brian A. Jacobs

cc: All counsel (by ECF)