

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 5, 2026

**BY CM/ECF**

The Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square, Room 2203
New York, New York 10007

      **Re:**    *United States v. Michael Hild*, **19 Cr. 602 (RA)**

Dear Judge Abrams:

The Government writes to request that the Court set a surrender date for defendant Michael Hild ("Hild" or the "defendant") for approximately four weeks from today.

On April 30, 2021, a jury found Hild guilty of securities, wire, and bank fraud for his involvement in a scheme to fraudulently inflate the value of certain bonds owned by his company, Live Well Financial. The Court sentenced Hild to 44 months' imprisonment for his conduct and granted him bail pending his appeal of his conviction to the Second Circuit. Following the Second Circuit's affirmance of Hild's conviction, this Court granted Hild bail pending his filing of a petition for a writ of certiorari. On April 27, 2026, the United States Supreme Court denied Hild's petition. *See Michael Hild v. United States*, No. 25-1120, 2026 WL 1127224, --- S.Ct. --- (Apr. 27, 2026).

In light of the Supreme Court's denial of Hild's petition for a writ of certiorari, the Government respectfully requests that the Court set a surrender date for Hild for approximately four weeks from today. The Government has been informed by the Marshals that it should be possible to designate Hild to a facility within that timeframe.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney

By:    /s/
          Maggie Lynaugh
          Assistant United States Attorney
          (212) 637-2448