**From:** Darren Stumberger <cdjs2013@gmail.com>
**Sent:** Tuesday, December 17, 2024 4:57 AM
**To:** Holly Ryan <holly_ryan@mied.uscourts.gov>
**Cc:** Daher, Fawzeih H. <FDaher@bodmanlaw.com>; Shannon, Joseph <JShannon@bodmanlaw.com>; Bean, Dawn <DBean@bodmanlaw.com>; Charles Brown <cbrown@gsbblaw.com>
**Subject:** Re: Flagstar Bank, FSB v Live Well Financial, Charles Darren Stumberger, et al; USDC Eastern District of MI Case No. 2:19-cv-11512

O please post it
It's among the most corrupt elements of the entire case.
I will explain it all in my response.

Darren Stumberger
561-816-9721


> On Mon, Dec 16, 2024 at 3:01 PM Holly Ryan <holly_ryan@mied.uscourts.gov> wrote:
> Ms. Daher,
>
> I spoke with Judge Leitman, and he said that you should check with the AUSA in the SDNY to see if it needs to be sealed here.  For now, you should file your response with a placeholder for the exhibit.  You can add the exhibit once you hear back from the SDNY.
>
> Thank you,
>
> Holly A. Ryan
> Case Manager to the Hon. Matthew F. Leitman
> United States District Court for the Eastern District of Michigan
> 231 W. Lafayette Blvd
> Detroit, Michigan  48226
> (313) 234-5126
> holly_ryan@mied.uscourts.gov

**From:** Daher, Fawzeih H. <FDaher@BODMANLAW.COM>
**Sent:** Monday, December 16, 2024 2:03 PM
**To:** Holly Ryan <holly_ryan@mied.uscourts.gov>
**Cc:** Shannon, Joseph <JShannon@BODMANLAW.COM>; Bean, Dawn <DBean@BODMANLAW.COM>; cbrown_gsbblaw.com <cbrown@gsbblaw.com>; cdjs2013@gmail.com
**Subject:** Flagstar Bank, FSB v Live Well Financial, Charles Darren Stumberger, et al; USDC Eastern District of MI Case No. 2:19-cv-11512

**CAUTION - EXTERNAL:**

Ms. Ryan,

Flagstar is preparing to file its response to Stumberger's Motion to Set Aside Default today. One of the exhibits we intend to file with our response includes the transcript from Stumberger's plea hearing which took place on August 29, 2019. The top of the hearing transcript reads "SEALED – DO NOT DOCKET." We received this copy from the Southern District of New York docket because it was included as an exhibit in a filed letter to the court by the USA. See entry # 11 below.

Could you please advise on the best way we can file or provide a copy of this exhibit to the Court?

Thank you,

Fawzeih



**Fawzeih H. Daher**
1901 St. Antoine Street | 6th Floor at Ford Field | Detroit MI 48226
o: 313-393-7521 | FDaher@BODMANLAW.COM

*binclusive*



CONFIDENTIALITY NOTICE The contents of this message from Bodman PLC may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| 08/29/2019 | | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker: Defendant is present with attorneys Robert Stern & Richard Morvillo; AUSAs Hartman & Estes are also present. Arraignment as to Darren Stumberger (1) Count 1,2,3,4,5 held on 8/29/2019. Plea entered by Darren Stumberger (1) Guilty as to Count 1,2,3,4,5. USMJ Parker recommends acceptance of the plea. A control date of 12/18/19 is set for an appearance before Judge Oetken. PSI is NOT ordered and transcript is ordered sealed. (Held under seal/delayed docketing on 8/27/19) (Court Reporter Vincent Bologna) (jm) (Entered: 08/29/2019) |
| 12/16/2019 | 8 | LETTER by USA as to Darren Stumberger addressed to Judge J. Paul Oetken from AUSA Scott Hartman dated 12/16/2019 re: Request to adjourn control date Document filed by USA. (Hartman, Scott) (Entered: 12/16/2019) |
| 12/16/2019 | 9 | MEMO ENDORSEMENT as to Darren Stumberger on re: 8 LETTER by USA as to Darren Stumberger addressed to Judge J. Paul Oetken from AUSA Scott Hartman dated 12/16/2019 re: Request to adjourn control date. ENDORSEMENT: Granted. Sentencing is hereby adjourned to June 18, 2020 at 10:00 am. (Sentencing set for 6/18/2020 at 10:00 AM before Judge J. Paul Oetken) (Signed by Judge J. Paul Oetken on 12/16/2019) (ap) (Entered: 12/17/2019) |
| 04/23/2020 | 10 | FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU - MOTION for Robert Stern and Richard Morvillo to Withdraw as Attorney. Document filed by Darren Stumberger. (Stern, Robert) Modified on 4/23/2020 (ka). (Entered: 04/23/2020) |
| 04/23/2020 | | NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR as to Darren Stumberger. Notice to Attorney Stern, Robert to RE-FILE Document 10 MOTION for Robert Stern and Richard Morvillo to Withdraw as Attorney. Use the event type Letter Motion found under the event list Motions. (ka) (Entered: 04/23/2020) |
| 04/24/2020 | 11 | LETTER by USA as to Darren Stumberger addressed to Judge J. Paul Oetken from AUSA Scott Hartman dated 4/24/2020 re: Proposed Order Accepting Plea Document filed by USA. (Attachments: # 1 Exhibit Plea Transcript)(Hartman, Scott) (Entered: 04/24/2020) |



