

**From:** Darren Stumberger <cdjs2013@gmail.com>
**Sent:** Thursday, June 5, 2025 4:00 PM
**To:** Charles Brown <cbrown@gsbblaw.com>
**Cc:** XAVIER DONALDSON <xdonaldson@aol.com>
**Subject:** Re: FW: Carickhoff v. Hild, Stumberger, et al.; Adv. Proc. No. 21-50966-LSS

And, I'm going straight to the press with this one.  Something I should have done with Flagstar.

Stay Tuned.

On Thu, Jun 5, 2025 at 3:29 PM Darren Stumberger <cdjs2013@gmail.com> wrote:

Good afternoon Mr. Brown,

I would say 'lol, is this a joke?' but unfortunately I know better.
The sheer level of corruption, and unprecedented criminal activity by all the parties involved in these cases holistically is infinity.  How has no one raised a voice yet?

1

Obviously this is the first I'm hearing of this. They even have my email, and phone number.

My last recollection regarding this was Spring of 2024 when they called me and asked if I would be on their team (whatever that means).  I replied, 'does Hartman and Racz' really want me talking about this publicly?' They abruptly hung up and I never heard from them again.

I have to go to Staples to print out the documents.  I'm starting from square one here, have no help, and have to read through everything.

I'll obviously defend this case and let the truth come out.

Thank you for your notification.

On Thu, Jun 5, 2025 at 2:56 PM Charles Brown <cbrown@gsbblaw.com> wrote:

> Mr. Stumberger:
>
> We have appeared together over Zoom a few times in connection with the Flagstar v. Live Well matter pending in Michigan.  I believe that you are aware that I am representing Michael Hild in that matter (as well as Laura Hild in connection with this matter).
>
> I am reaching out because there appears to be a default order entered against you in the civil Delaware Bankruptcy Court case, *Carickhoff v. Hild, Stumberger, et al.; Adv. Proc. No. 21-50966-LSS*.  Please see the attached filings.
>
> Given what I have read that you wrote in your filings related to what transpired in the related Michigan/Flagstar case, it occurred to us that it might also be possible that you are also not aware of the attached court filings related to you in this duplicative/interrelated Delaware case. While I don't know for sure, I am forwarding them to you as a courtesy.
>
> If you are already aware of this default order and have explicitly decided not to defend this Delaware case, I apologize in advance for forwarding this to you. If that's the case, you did not need, nor probably want, a reminder from me.

With that being said, if you were unaware of this default order, could you please advise if you intend to defend the *Carickhoff v. Hild, Stumberger, et al.* case? It would be greatly appreciated if you could please let us know so the Hilds can plan their defense accordingly, as it is critical to know who the defendants at trial will be.  Thank you.

Charles J. Brown, III

Gellert Seitz Busenkell & Brown LLC

1201 N. Orange Street, 3rd Floor

Wilmington, DE 19801

302-425-5813

302-377-9714 (cell)

cbrown@gsbblaw.com

http://www.gsbblaw.com/

IRS Circular 230 Disclosure:

Pursuant to Treasury Regulations, any tax advice contained in this communication is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another person tax advice addressed herein.

Disclaimer:  The information contained in this communication is confidential and only for the use of the intended addressee(s).  If you have received this communication in error, any disclosure or use of such information is strictly prohibited.  Please notify the sender immediately and destroy all copies.  Thank you.

**EXTERNAL:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

4