# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

————

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536
#
July 8, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

————

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

————

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**BY ECF**
Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

      Re:     United States v. Michael Hild, 19 Cr. 602 (S.D.N.Y.) (RA) (KHP)

Dear Judge Abrams:

      By Order dated June 22, 2026, this Court set a deadline of July 20, 2026, for defendant Michael Hild's habeas motion pursuant to 28 U.S.C. § 2255. I respectfully request leave to file a memorandum of law in support of that motion of no more than 50 pages. The government has no objection to this request. This request is warranted by the case's extensive procedural history, the voluminous trial record, and additional newly discovered evidence—all of which will be addressed in the habeas motion. The Court previously granted a similar request for 50 pages with respect to Mr. Hild's motions filed pursuant to F.R.C.P. 29 and 33. (Dkt. No. 100.) The legal issues and arguments involved in Mr. Hild's forthcoming motion are equally complex. Developing these arguments requires careful analysis of the prior filings in this case, including the trial transcript (over 2,000 pages) and exhibits, as well as numerous other materials. The additional pages are necessary to present Mr. Hild's arguments fully and fairly. I thank the Court for its consideration of this request.

                          Respectfully submitted,

                          */s/ Brian A. Jacobs*

                          Brian A. Jacobs

cc: All counsel (by ECF)