UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL HILD,<br><br>                    Petitioner<br><br>        - v. -<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     26-cv-_____ |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        - v. -<br><br>MICHAEL HILD,<br><br>                    Defendant. | )<br>)     19-cr-602 (RA) (KHP)<br>)<br>)     **NOTICE OF MOTION TO VACATE,**<br>)     **SET ASIDE, OR CORRECT**<br>)     **SENTENCE UNDER 28 U.S.C. § 2255**<br>)<br>) |

    **PLEASE TAKE NOTICE**, that upon (i) the accompanying Memorandum of Law in

Support of Petitioner Michael Hild's Motion Pursuant to 28 U.S.C. § 2255; (ii) the

accompanying Declaration of Brian A. Jacobs, Esq., and the exhibits annexed thereto; (iii) the

accompanying Declaration of Michael Hild; and (iv) all prior papers and proceedings in the

above-captioned criminal case, Petitioner-Defendant Michael Hild will move before the

Honorable Ronnie Abrams, United States District Judge for the Southern District of New York,

at the United States Courthouse, 40 Foley Square, New York, New York 10007, at a time and

date to be set by the Court, or as soon thereafter as counsel may be heard, for an Order:

    1.    Setting aside and vacating pursuant to 28 U.S.C. § 2255 Mr. Hild's conviction

            and sentence for Conspiracy to Commit Securities Fraud in violation of 18 U.S.C.

1

§ 371, Conspiracy to Commit Wire Fraud and Bank Fraud in violation of 18 U.S.C. § 1349, Securities Fraud in violation of 15 USC 78j(b) & 78ff, Wire Fraud in violation of 18 U.S.C. § 1343, and Bank Fraud in violation of 18 U.S.C. § 1344 as charged in the indictment of this case;

2. Granting Mr. Hild discovery in connection with this motion;

3. Granting an evidentiary hearing; and

4. Granting such other and further relief as to the Court seems just and proper.

Dated: July 20, 2026                    MORVILLO ABRAMOWITZ
New York, New York             GRAND IASON & ANELLO P.C.

_Brian A. Jacobs_
Brian A. Jacobs
565 Fifth Avenue
New York, NY 10017
(212) 856-9600 (telephone)
bjacobs@maglaw.com
*Attorneys for Michael Hild*

2