**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL HILD,<br><br>Petitioner<br><br>- v. -<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)  26-cv-_____<br>)<br>)<br>) |
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>MICHAEL HILD,<br><br>Defendant. | )<br>)<br>)<br>)  19-cr-602 (RA) (KHP)<br>)<br>)<br>)<br>) |

### <u>DECLARATION OF BRIAN A. JACOBS</u>

I, BRIAN A. JACOBS, ESQ., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1.      I am a principal at Morvillo, Abramowitz, Grand, Iason & Anello PC in New York, New York.

2.      I am represent Michael Hild in the above-captioned actions.

3.      I submit this declaration in support of Mr. Hild's motion to vacate his conviction pursuant to 28 U.S.C. § 2255.

4.      Attached as **Exhibit A** is a true and correct copy of an email thread dated December 17, 2024 with the subject line: "Re: Flagstar Bank, FSB v Live Well Financial, Charles Darren Stumberger, et al; USDC Eastern District of MI Case No. 2:19-cv-11512."

5.      Attached as **Exhibit B** is a true and correct copy of a transcript of proceedings on March 5, 2025 regarding a Motion to Set Aside Default Judgment held before the Honrable Matthew F. Leitman, United States District Judge, in *Flagstar Bank, FSB v. Stumberger*, 19 Civ. 11512 (MFL) (EAS) (E.D. Mich.).

6.      Attached as **Exhibit C** is a true and correct copy of an email thread including Darren Stumberger, with the top email dated June 5, 2025 and a subject line that reads:  "Re: FW: Carickhoff v. Hild, Stumberger, et al.; Adv. Proc. No. 21-50966-LSS".

7.      Attached as **Exhibit D** is a true and correct copy of a transcript of a status conference on September 26, 2025 held before the Honrable Matthew F. Leitman, United States District Judge, in *Flagstar Bank, FSB v. Stumberger*, 19 Civ. 11512 (MFL) (EAS) (E.D. Mich.).

8.      Attached as **Exhibit E** is a true and correct copy of "DEFENDANT STUMBERGER'S STATEMENT REGARDING THREATS AND INABILITY TO FULLY DEFEND" submitted in *Flagstar Bank, FSB v. Stumberger*, 19 Civ. 11512 (MFL) (EAS) (E.D. Mich.) on October 7, 2025.

9.      Attached as **Exhibit F** is a true and correct copy of "DEFENDANT DARREN STUMBERGER'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT" submitted in *Flagstar Bank, FSB v. Stumberger*, 19 Civ. 11512 (MFL) (EAS) (E.D. Mich.) on June 1, 2026.

10.     Attached as **Exhibit G** is a true and correct copy of Darren Stumberger's "SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT" submitted in *Flagstar Bank, FSB v. Stumberger*, 19 Civ. 11512 (MFL) (EAS) (E.D. Mich.) on June 12, 2026.

11.     Attached as **Exhibit H** is a true and correct copy of the government's trial exhibit GX 603, a Master Repurchase Agreement between Mirae Asset Securities (USA) Inc. and Live Well Financial dated March 27, 2017.

12.     Attached as **Exhibit I** is a true and correct copy of the defense trial exhibit DX D.1a.2, a Master Services Agreement between Interactive Data Corporation and Live Well Financial Inc. dated September 30, 2014.

13.     Attached as **Exhibit J** is a true and correct copy of the Indictment in *United States v. Hild*, No. 19-cr-602 (RA) (KHP) (S.D.N.Y.), filed August 26, 2019.

14.     Attached as **Exhibit K** is a true and correct copy of the Judgment dated January 31, 2023 filed in *United States v. Hild*, No. 19-cr-602 (RA) (KHP) (S.D.N.Y.) on January 31, 2023.

Executed this 20th day of July, 2026, in New York, New York.

*Brian A. Jacobs*
Brian A. Jacobs
*Counsel to Michael Hild*