

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 28, 2026

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square, Room 2203
New York, New York 10007

     Re:    *United States v. Michael Hild*, 19 Cr. 602 (RA)

Dear Judge Abrams:

     The Government writes respectfully to request a brief extension of the deadline to file its opposition to the defendant's motion pursuant to 28 U.S.C. § 2255 (the "Motion") from July 30, 2026 to August 4, 2026. As the Court is aware, on July 20, 2026, the defendant filed a 49-page memorandum in support of the Motion. The Government requests this brief extension of time to fully respond to the defendant's lengthy brief. If the Court is inclined to grant this request, the Government also requests that the Court extend the time for the defendant to file his reply brief from August 6, 2026 to August 11, 2026.

     Defense counsel consents to this request and revised schedule.

                       Respectfully submitted,

                       JAY CLAYTON
                       United States Attorney

     By:    /s/
                       Maggie Lynaugh
                       Assistant United States Attorney
                       (212) 637-2448