**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 28, 2026

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square, Room 2203
New York, New York 10007

**Re: *United States v. Michael Hild*, 19 Cr. 602 (RA)**

Dear Judge Abrams:

The Government writes respectfully to request that it be permitted to file a brief of no more than 35 pages in response to the defendant's 49-page motion pursuant to 28 U.S.C. § 2255 in the above-captioned case. The defense consents to this request, provided that it be permitted to submit an oversize reply of up to 18 pages, which is half of the Government's requested page limit.

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

By: /s/
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
August 3, 2026