# Exhibit 1

Message

**From:** Darren Stumberger [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BC8B4B84C61D4B4B9620BFE1058FD24B-DARREN STUM]

**Sent:** 3/14/2019 1:55:42 PM

**To:** Michael C. Hild [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9d291d71230741d78fe7b908e6fcad9d-Michael Hil]; Ernie Calabrese [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6c714e994bdf46b3915ff23b8ef87f56-Ernie Calab]



DEFENSE
EXHIBIT

**D.8c**

exhibitsticker.com

LW00144002

Case 1:19-cr-00602-RA    Document 283-1    Filed 08/11/26    Page 3 of 9



GNMA REMIC TRUST 2103-H08 20630320 FLT
CMO/Asset-Backed
38375BM74
Final details from prospectus or source document
Yes
20 Mar 2063
1.89877
20 Aug 2014
Click here for more information on Liquidity
United States
Evaluated price
11.0201          19 Nov 2018          USD          Bid Evaluation

### Factor Information

Latest Monthly Factor
Date of Latest Monthly Factor

Factor History

### Supplemental Information

| | |
|---|---|
| | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION |
| Trustee | BOFA MERRILL LYNCH |
| Lead Manager | 28 Mar 2013 |
| Settlement Date | No |
| Residual Indicator | Interest Only with Floating Rate |
| Tranche | GNMA Mixed Mortgages |
| Collateral | No |
| Retail/Random Redemption Flag | Yes |
| REMIC Indicator | Interest only tranche |
| IO/PO Indicator | Floating rate tranche |
| Floating Rate Indicator | Issue not trading under Rule 144A |
| Rule 144A Indicator | |

### Accrual Information

| | |
|---|---|
| | 1 Mar 2013 |
| | 30/360 |
| | 15 |
| Dated Date | |
| Accrual Basis | |
| Days Delay | |

LW00144003

LW00144004

Reference Data, LLC — Summary of Inputs by Asset Class

| ...ogy | | Evaluated Pricing Application and Model | Inputs |
|---|---|---|---|
| ...p ...peeds ...h flows | | Rules based pricing application overseen by a team of evaluators systematically captures and incorporates market ... | Standard Inputs* plus new issue data, monthly payment information, and collateral ... |



LW00144005

| Services | Contact Us | New Announcements | My Account | Logout |

|  | Name | Username | Service ID |
|---|---|---|---|
|  | Dan Foster | livewellny | w4live |

# Data 360View

## Bid Information

Data seeks to obtain market color, including bid information received by our
methodologies. To that end, we request that clients forward bid information to
ce Data Evaluation Team. Verifiable information will be reflected in our
t formative of our good faith opinion as to what a buyer in the marketplace
n institutional round lot position) in a current sale.

## Your Contact Information

**Phone Number***

**Email Address***   danfoster@livewellfinar

Case 1:19-cr-00602-RA   Document 283-1   Filed 08/11/26   Page 6 of 9

LW00144006

Case 1:19-cr-00602-RA    Document 283-1    Filed 08/11/26    Page 7 of 9

LW00144007

Services | Contact Us | New Announcements | My Account | Logout

| Name | Username | Service ID |
|------|----------|------------|
| Dan Foster | livewellny | w4live |

## Data *360View*

### Bid Information

ce Data seeks to obtain market color, including bid information received by our
s methodologies. To that end, we request that clients forward bid information to
rence Data Evaluation Team. Verifiable information will be reflected in our
em it formative of our good faith opinion as to what a buyer in the marketplace
n an institutional round lot position) in a current sale.

**Your Contact Information**

Phone Number*

Email Address*    danfoster@livewellfinar



Services | Contact Us | **New Announcements** | My Account | Logout

## Data *360View*

| Name | Username | Service ID |
|---|---|---|
| Dan Foster | livewellny | w4live |

▼ | Retrieve

WatchList Add
WatchList Next

| Bond Analytic | Corporate Actions | ... ... |

GNMA REMIC TRUST 2103-H08 20630320 FLT

CMO/Asset-Backed

38375BM74

Final details from prospectus or source document

Yes

20 Mar 2063

1.89877

20 Aug 2014

Click here for more information on Liquidity

**try of Quotation**     United States

**ange**

Evaluated price

11.02    20 Nov 2018    USD    Bid Evaluation

Case 1:19-cr-00602-RA   Document 283-1   Filed 08/11/26   Page 8 of 9

LW00144008

LW00144009