MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

————

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536
#
August 13, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN
——
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
——
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**BY ECF**
Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

> Re:    *United States v. Michael Hild*, 19 Cr. 602 (S.D.N.Y.) (RA);
> *Hild v. United States*, 26 Civ. 6191 (S.D.N.Y.) (RA)

Dear Judge Abrams:

I represent Michael Hild in the above matters.  I write respectfully to alert the Court to new information supporting Mr. Hild's Section 2255 motion.  Yesterday, there was a court conference in the U.S. Bankruptcy Court for the District of Delaware, in the adversary action captioned *David W. Carickhoff, solely in his capacity as Chapter 7 Trustee of Live Well Financial, Inc. v. Michael C. Hild, et al.*, Adv. Proc. No. 21-50966-LSS, Main Case No. 19-11317-LSS.  Both Mr. Hild and Darren Stumberger, among others, are defendants in that action.

At yesterday's conference, on the record, representing himself pro se, Mr. Stumberger stated, "I am actively in the process right now of filing a 2255 motion in the Southern District of New York fully contesting my plea. . . . [T]here has been an extraordinary amount of shocking new information that's surfaced in the underlying case.  I do have a window where I could file the 2255, and I'm going to fit it in that window.  So that's where I'm at, and that's what I'm currently working on.  *I am fully contesting my plea back from 2019*."  (Adv. Proc. Docket Entry 266 (PDF with embedded audio at time stamp 28:36 - 29:35; quote is rough transcription).)

In opposition to Mr. Hild's Section 2255 motion, the government argues, among other things, that Mr. Stumberger has stated in prior proceedings that he does not plan to say anything "different from what he said under oath at his plea in New York."  (Gov. Opp'n Docket Entry 282 at 28.)  According to yesterday's court proceeding, however, Mr. Stumberger now is "fully contesting my plea from back in 2019" based on the "extraordinary amount of shocking new

Morvillo Abramowitz Grand Iason & Anello P. C.

Hon. Ronnie Abrams
August 13, 2026
Page 2 of 2

information that's surfaced in the underlying case." Mr. Stumberger's statements, as well as the Section 2255 motion he previewed making, support Mr. Hild's Section 2255 motion.

The Court should consider Mr. Stumberger's statements as well as any Section 2255 motion he makes when evaluating Mr. Hild's Section 2255 motion, as Mr. Stumberger's statements and anticipated motion completely refute the government's claim that Mr. Stumberger is standing by his plea, as well as the government's effort to convince the Court to rely on Mr. Stumberger's trial testimony. (Gov. Opp'n Docket Entry 282 at 29-30.) For these reasons, as well as the reasons in Mr. Hild's briefing, the Court should grant Mr. Hild's petition.

Respectfully submitted,

*/s/ Brian A. Jacobs*

Brian A. Jacobs

cc: All counsel (by ECF)

If the Government wishes to respond to Mr. Hild's letter, it shall do so by August 20, 2026.

SO ORDERED.

Hon. Ronnie Abrams
August 13, 2026