UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL HILD,

Defendant.

No. 19-cr-00602 (RA)

## NOTICE OF LIMITED-PURPOSE APPEARANCE

**PLEASE TAKE NOTICE** that Bradley A. Cohen of McDermott Will & Schulte LLP hereby appears in this criminal matter for the limited purpose of representing Interested Party Industrial and Commercial Bank of China Ltd. ("ICBC Ltd."), as assignee of Industrial and Commercial Bank of China Financial Services LLC's ("ICBCFS") beneficial interest in, and right to receive, all undistributed and future restitution payments attributable to the $17,795,124.41 restitution allocation (the "ICBC Restitution Allocation") listed under "Industrial and Commercial Bank of China" on page 24 of the Court's September 23, 2024 Opinion & Order, Dkt. 247.

This limited-purpose appearance is for restitution-remittance, notice, payee-record, and related administrative issues only. Counsel does not appear for Defendant, does not seek party status in the prosecution, and does not seek to alter Defendant's sentence, the restitution amount, the payment schedule, the pro rata distribution provisions, the joint-and-several liability provisions, or the rights of any other victim.

Counsel respectfully requests that notices of electronic filing be directed to the undersigned. Restitution-remittance and other administrative communications concerning the ICBC Restitution Allocation in this criminal case should be directed to ICBC Ltd. through the New York Branch contact identified in paragraph 9 of the accompanying declaration of Dong Yu.

Dated: November 18, 2026
New York, New York

Respectfully submitted,

**McDERMOTT WILL & SCHULTE LLP**

*/s/ Bradley A. Cohen*
Bradley A. Cohen
One Vanderbilt Avenue
New York, NY 10017-3852
T: (212) 547-5400
F: (212) 547-5444
bacohen@mcdermottlaw.com

*Counsel to Industrial and Commercial Bank of China Ltd.*