UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL HILD,<br><br>Defendant. | No. 19-cr-00602 (RA) |

**DECLARATION OF MING CHEN IN SUPPORT OF MOTION FOR ADMINISTRATIVE ORDER RECOGNIZING ASSIGNMENT OF INTEREST IN RESTITUTION PAYMENTS AND UPDATING RESTITUTION REMITTANCE AND NOTICE INFORMATION**

I, Ming Chen, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an Authorized Representative of Industrial and Commercial Bank of China Financial Services LLC ("ICBCFS"). Pursuant to the resolutions contained in the written consent of ICBCFS's Board of Managers dated October 29, 2026 (the "Board Written Consent"), and the applicable corporate approvals, I am authorized to execute and submit this declaration on behalf of ICBCFS in support of the motion of Industrial and Commercial Bank of China Ltd. ("ICBC Ltd.") for an administrative order recognizing the assignment of ICBCFS's interest in certain restitution payments and updating the corresponding remittance and notice information (the "Motion"). I submit this declaration solely in that representative capacity, and not as a current officer or Manager of ICBCFS.

2. I serve as the designated custodian of ICBCFS's books and records. In that role, I have access to and have reviewed the records relevant to the matters addressed in this declaration, including the executed Evidence of Transfer identified in paragraph 4 and included in Exhibit B to Dong Yu's declaration, the Board Written Consent, and the corporate records retained by ICBCFS concerning the transfer and its subsequent status. I did not participate in the May 2026 transfer. My statements concerning that transaction are based on my review of those records, rather than firsthand participation in the transaction. The corporate confirmations and instructions below are made on ICBCFS's behalf in the representative capacity described in paragraph 1.

3. The Court's September 23, 2024 Opinion & Order, Dkt. 247 (the "Restitution Order"), lists on page 24 a $17,795,124.41 restitution allocation under the designation "Industrial and Commercial Bank of China" (the "ICBC Restitution Allocation"). I have reviewed the copy of the Restitution Order attached as Exhibit A to the declaration of Dong Yu submitted with this Motion. The payment interest described below is ICBCFS's interest in that allocation.

4. I have reviewed the Evidence of Transfer dated as of May 22, 2026 (the "Evidence of Transfer"). The instrument identifies ICBCFS as assignor and ICBC Ltd. as assignee. It bears the signature of Cheng Ma, identified as ICBCFS's then-serving Chief Executive Officer, dated May 22, 2026, and the signature of Jianyu Zhang, identified as General Manager, dated May 26, 2026, signing through ICBC Ltd., New York Branch, on behalf of ICBC Ltd. The Transfer of Claim and accompanying Evidence of Transfer were filed on May 26, 2026, in In re Live Well Financial, Inc., No. 19-11317 (LSS), as D.I. 623. The copy of the executed Evidence of Transfer included in Exhibit B to Dong Yu's declaration is a true and correct copy of the instrument maintained in ICBCFS's records.

5. The Evidence of Transfer states that each party executed it through its duly authorized representative. In the representative capacity described in paragraph 1, I confirm on ICBCFS's behalf the existing transfer and payment directions reflected in the Evidence of Transfer.

6. The Evidence of Transfer expressly provides for ICBCFS's unconditional and irrevocable transfer to ICBC Ltd. of the rights identified in that instrument concerning both Bankruptcy Claim No. 48 in the Live Well Financial, Inc. bankruptcy case and ICBCFS's claim for restitution in this action (the "Restitution Claim"). It further directs that all future payments and distributions in respect of the Restitution Claim be made to ICBC Ltd. Its payment and notice directions concerning the Restitution Claim are separate from its directions concerning Bankruptcy Claim No. 48.

7. ICBCFS confirms that the payment interest transferred to ICBC Ltd. under the Evidence of Transfer comprises ICBCFS's beneficial interest in, and right to receive, all undistributed and future restitution payments attributable to the ICBC Restitution Allocation (the "Assigned Payment Interest"). ICBCFS further confirms its instruction that all distributions attributable to the Assigned Payment Interest, including amounts, if any, held by a restitution administrator but not yet disbursed, be paid to ICBC Ltd. rather than to ICBCFS.

8. Based on my review of ICBCFS's records following reasonable inquiry, I have not identified any rescission, revocation, amendment, or further assignment changing ICBCFS's transfer of the Assigned Payment Interest to ICBC Ltd., or any competing assignment or other claim by a person asserting a right to receive those same distributions. ICBCFS does not assert any retained right to receive payments attributable to the Assigned Payment Interest for its own account.

9. ICBCFS supports the relief requested in the Motion and consents to updates identifying ICBC Ltd. as the assignee and remittance recipient for the Assigned Payment Interest and directing notices and administrative communications concerning that interest to ICBC Ltd. through the New York Branch contact identified in paragraph 11 of Dong Yu's declaration. These requested updates concern restitution in this criminal case, not administration of Bankruptcy Claim No. 48. ICBCFS is directing payment of its assigned interest to ICBC Ltd.; it is not declining restitution or requesting that the Assigned Payment Interest be redirected to the Crime Victims Fund. ICBCFS does not request any change to Defendant's restitution obligation, the payment schedule, the pro rata distribution provisions, the joint-and-several liability provisions, or any other victim's rights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 9th, 2026, in New York, NY.

Ming Chen
Authorized Representative
*Industrial and Commercial Bank of China Financial Services LLC*