McDermott Will & Schulte

November 19, 2026

**VIA EMAIL TO CHAMBERS**

Hon. Ronnie Abrams
United States District Judge
United States District Court, Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

**RE: *United States v. Hild*, No. 19-cr-00602 (RA)**

Dear Judge Abrams:

We represent Industrial and Commercial Bank of China Ltd. ("ICBC Ltd.") and write regarding a CM/ECF party-designation issue concerning its November 18, 2026 motion for a limited administrative order relating to restitution payments (ECF No. 292) and accompanying papers. This letter follows our prior correspondence seeking guidance concerning ICBC Ltd.'s submission as a non-party.

The papers were filed using my own CM/ECF credentials. However, ICBC Ltd. was not available for selection as a filing party, and Mr. Hild was selected in that field, causing the docket entries to associate the submissions with him. The papers themselves expressly identify ICBC Ltd. as the movant and our firm as its counsel. We do not represent Mr. Hild, and the submissions were made solely on behalf of ICBC Ltd.

Mr. Hild's counsel has raised concerns about that designation, and we regret any resulting confusion. We respectfully request the Court's guidance as to whether it would prefer that we pursue a different procedure to present ICBC Ltd.'s request, including refiling under an appropriate non-party designation or submitting the papers through the Clerk's Office. We would also appreciate guidance concerning any correction to the existing docket entries so that they accurately identify ICBC Ltd. as the submitting entity.

Thank you again for your consideration of this matter.

Respectfully submitted,

/s/ *Bradley A. Cohen*
Bradley A. Cohen

cc: AUSA Maggie Lynaugh
Brian A. Jacobs (counsel to Hild)

The docket now reflects that Industrial and Commercial Bank of China Ltd.'s ("ICBC's") filings are deficient because they identify the wrong filer. ICBC is instructed to refile its motion and supplementary materials with a new interested party as the filer.

SO ORDERED.

Hon. Ronnie Abrams
November 19, 2026