UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MICHAEL HILD,

Defendant.

19-CR-602 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 23, 2024, the Court ordered Mr. Hild to pay to a total of $45,715,100.72 in restitution. *See* Dkt. 247 at 23. Of that amount, $17,795,124.41 was payable to Industrial and Commercial Bank of China Financial Services LLC ("ICBCFS LLC"). *See id.* at 24; Dkt. 203 (affidavit of Douglas N. Cohen in support of ICBCFS LLC's restitution request). Industrial and Commercial Bank of China Ltd. ("ICBC Ltd.") now moves for an order recognizing the assignment of ICBCFS LLC's "beneficial interest in, and right to receive, all undistributed and future restitution payments attributable to the $17,795,124.41 restitution allocation." Dkt. 297.

Mr. Hild is invited to respond to ICBC Ltd.'s motion by no later than December 7, 2026.

SO ORDERED.

Dated: November 24, 2026
New York, New York

Ronnie Abrams
United States District Judge